BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #99298**
**GEOFFREY A. BARROW**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 3:16-MJ-00004-03** |
|        v. | |
| **AMMON BUNDY,** | **MOTION FOR REVIEW OF** |
| **JON RITZHEIMER,** | **RELEASE ORDER** |
| **JOSEPH O'SHAUGHNESSY,** | |
| **RYAN PAYNE,** | |
| **RYAN BUNDY,** | |
| **BRIAN CAVALIER,** | |
| **SHAWNA COX,** | |
| **PETER SANTILLI,** | |
|        **Defendants.** | |

      The United States of America, by Billy J. Williams, United States Attorney for the District

of Oregon, and Ethan D. Knight and Geoffrey A. Barrow, Assistant United States Attorneys,

moves the Court for a review of the order releasing defendant O'Shaughnessy on conditions (ECF

No. 32).   The government seeks detention of O'Shaughnessy as a risk of flight and a danger to the

community.   The basis for the requested detention is set forth in the Government's Memorandum

in Support of Pretrial Detention (ECF No. 23) and before the Magistrate Court on January 29,

2016.   The government may offer additional evidence at the February 2, 2016, detention hearing.

Dated this 1st day of February 2016.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney


*s/ Geoffrey A. Barrow*
ETHAN D. KNIGHT, OSB #99298
GEOFFREY A. BARROW
Assistant United States Attorneys

**Motion for Review of Release Order**                                     **Page 2**