Thomas K. Coan, OSB #89173
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR  97204
(503) 221-8736

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AMMON BUNDY,<br>JON RITZHEIMER,<br>JOSEPH O'SHAUGHNESSY,<br>RYAN PAYNE,<br>RYAN BUNDY,<br>BRIAN CAVALIER,<br>SHAWNA COX, and<br>PETER SANTILLI,<br><br>    Defendants. | Case No. 3:16-mj-00004<br><br>DEFENDANT PETER SANTILLI'S MOTION TO REVIEW PRETRIAL DETENTION ORDER AND FOR RELEASE FROM CUSTODY |

Pursuant to 18 U.S.C. § 3142(b), defendant Peter Santilli, through his attorney Thomas K. Coan, moves the Court to revoke the pretrial detention order entered in this case and to order defendant's pretrial release.

DATED this 2nd day of February 2014.

*Thomas K. Coan*
Thomas K. Coan, OSB 89173
Attorney for Defendant

Page 1 – MOTION TO REVIEW DETENTION ORDER