Thomas K. Coan, OSB #89173
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR  97204
(503) 221-8736

Attorney for Defendant Peter Santilli

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 3:16-mj-00004** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **MEMORANDUM IN SUPPORT OF** |
| | ) | **MOTION TO REVOKE PRETRIAL** |
| **AMMON BUNDY,** | ) | **DETENTION ORDER** |
| **JON RITZHEIMER,** | ) | |
| **JOSEPH O'SHAUGHNESSY,** | ) | |
| **RYAN PAYNE,** | ) | |
| **RYAN BUNDY,** | ) | |
| **BRIAN CAVALIER,** | ) | |
| **SHAWNA COX, and** | ) | |
| **PETER SANTILLI,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### I.    Procedural Background

On January 27, 2016, Santilli made his first appearance on the Complaint in this case.  The Court detained Santilli pending a detention hearing on January 29. At the conclusion of the hearing on January 29, 2016, Judge Beckerman stated that it was a "close case" that she needed to take the matter under advisement and issue a ruling by Monday. Today Judge Beckerman issued an order detaining Santilli as both a flight risk and a

danger to the community.  A copy of the detention order is attached and marked as Exhibit A.

## II.       Summary of Defendant's Position and Plan

It is our position that Santilli is neither a flight risk nor a danger and that the Government failed to meet the burden of proof on both factors.  Santilli has a long history of lawful behavior and stable residency, and he has never had any mental health issues. He now resides in an apartment in Cincinnati, Ohio that he shares with his longtime friend and business partner, Deborah Jordan. They operate an Internet news and talk show from a studio in this apartment. His landlord reports he is a good tenant.

Santilli has a solid release plan that should provide the Court with ample assurance of safety and his appearance in court.  Santilli wants to return home to his residence in Ohio, and he is willing to comply with any reasonable conditions the Court may want to impose to assure community safety and his appearance in court, including home detention and GPS monitoring.  Given his long history of lawful, nonviolent conduct, these conditions should provide the Court with reasonable and sufficient assurances.

Santilli is also not a flight risk. Everyone who knows him reports that he will not only appear for trial, he will do so enthusiastically.

Santilli wants to be allowed to continue to produce his news and talk shows, as this is his livelihood. If the Court finds conditions are necessary to assure his appearance and/or the safety of the community, consistent with the Bail Reform Act, Santilli asks the Court to impose the least restrictive conditions necessary to provide the Court with reasonable assurances for these needs relating to court appearances and safety to the community.

////

////

### III.     The Bail Reform Act

Under the Bail Reform Act, 18 U.S.C. § 3142, any person charged with an offense under the federal criminal laws shall be released pending trial: (a) on personal recognizance; (b) upon execution of an unsecured appearance bond; or (c) on a condition or combination of conditions, unless a "judicial officer finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(e)(1); *see also,* 18 U.S.C. § 3142(a), (b). The Act mandates that a court impose the least restrictive conditions to reasonably assure the appearance of the person as required and the safety of any other person and the community. 18 U.S.C. § 3142(c)(1)(B).

The right to release pending trial, absent a sufficient contrary showing, is not simply a matter of statutory law, but a matter of a defendant's Fifth and Eighth Amendment rights. *See United States v. Hir*, 517 F.3d 1081, 1085-86 (9th Cir. 2008), explaining that a reviewing court must ensure that a pretrial detention order is "'consistent with the defendant's constitutional and statutory rights,'" quoting *United States v. Townsend*, 897 F.2d 989, 994 (9th Cir. 1990), and citing *United States v. Motamedi*, 767 F.2d 1403, 1405 (9th Cir. 1985), as explaining that "[t]he Fifth and Eighth Amendments' prohibitions of deprivation of liberty without due process and of excessive bail require careful review of pretrial detention orders to ensure that the statutory mandate has been respected").

In determining whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community, § 3142(g) identifies factors that the judicial officer is to take into account,

including "the nature and circumstances of the offense charged"; "the weight of the evidence against the person"; "the history and characteristics of the person," including, inter alia, the person's "character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings"; and "the nature and seriousness of the danger to any person or the community that would be posed by the person's release." 18 U.S.C. § 3142(g).

The burden of proof is on the government to show by clear and convincing evidence that the defendant poses a danger such that "no condition or combination of conditions will reasonably assure the safety of any other person and the community . . . ." 18 U.S.C. § 3142(f)(2). The Act is silent about the standard of proof required when the government seeks pretrial detention due to flight risk, but the Ninth Circuit has held that flight risk must only be shown by the lower "clear preponderance of the evidence" standard. *Lopez-Valenzuela v. Cty. of Maricopa*, 719 F.3d 1054, 1065 (9th Cir. 2013), citing *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## IV.    Background Information

Pete Santilli is 50 years old.  He grew up in Latham, New York, graduated from high school and immediately enlisted in the Marines. He spent four years in the service, achieving the rank of Lance Corporal. He received an honorable discharge in about 1989 and moved out to California.  He earned an associates degree from California State College in Long Beach in about 1991.  He met and married Catherine Santilli in California, and they lived together with their two daughters for approximately 20 years in Hesperia, California.  Their marriage eventually deteriorated, and their divorce became final in the

last two years.  Catherine Santilli reports that her husband is not a flight risk and that "the court can take him at his word."

Except for a minor incident when Santilli was still a teenager, he has led a law-abiding life. He has one prior conviction, a misdemeanor, for disorderly conduct in 1983 when he was 18 years old. He has no other criminal convictions.

For the past several years, Santilli has worked as an independent news journalist producing a daily news show and a talk show through ThePeteSantilliShow.com, Talknetwork.com, Guerilla Media Network, and YouTube. Approximately four and a half years ago, Santilli met Deborah Jordan through a social media group.  She became a frequent caller into his talk show, *The Pete Santilli Show*, and eventually became a co-host on his morning show called *Off the Hook in the Morning with Pete Santilli and Deb Jordan*. Like public radio, his shows are listener supported. They depend on listener donations and sponsorships. *The Pete Santilli Show* has nearly 65,000 followers on YouTube. See Exhibit B.

In addition to being co-hosts on the radio talk show, Santilli and Ms. Jordan have had a steady personal relationship for the past four or more years.  They have resided together for most of that time. In February 2015, they moved from California to Cincinnati, Ohio so they could be closer to Ms. Jordan's family. She was born and raised in Ohio and has many relatives there.  Ms. Jordan has no criminal history and would agree to act as a responsible third party, agreeing to report to the court any non-compliance with the release order.

Santilli and Ms. Jordan produce their new shows from a studio in their Cincinnati apartment. The equipment includes high-end computers with production software, servers,

microphones and other equipment necessary to produce and broadcast their news productions. Their landlord reports they are good tenants.

Towards the end of December 2015, Santilli and Jordan drove out to Burns, Oregon to cover a rally in support of Dwight and Steven Hammond.  Through his website, news show and YouTube channel, Santilli put out a rallying call of supporters to join them in Burns for the January 2, 2016 rally in support of the Hammonds.

At some point during the rally, there was a split in the group. A small minority splintered off after devising a plan to occupy the buildings on the MNWR.  Santilli did not know of this ahead of time, and once he learned of it he expressed his opposition to it because it was not lawful. See Exhibits C and D.  He never joined the occupiers, but he continued to report on the developing story.  During the time he was in the Burns area Santilli called for others to come to Oregon, however he never called for them to join the occupiers and he never called for them to do anything unlawful.

**V.    Santilli's News Shows are Protected by the First Amendment**

The United States Supreme Court has long held that the First Amendment's protections of the press extend beyond recognized, mainstream media.  In *Mills v. Alabama,* 384 U.S. 214, 219 (1966), the Court noted that the press, for First Amendment purposes, "includes not only newspapers, books, and magazines, but also humble leaflets and circulars . . . ."  Five years later, in *Branzburg v. Hayes,* 408 U.S. 665, 704 (1972), the Court held that "liberty of the press is the right of the lonely pamphleteer who uses carbon paper or a mimeograph just as much as of the large metropolitan publisher who uses the latest photocomposition methods."  The use of the term "press" should not distract from the reach of First Amendment protection: "We protect the press to ensure the vitality of

First Amendment guarantees. This solicitude implies no endorsement of the principle that speakers other than the press deserve lesser First Amendment protection." *Dun & Bradstreet, Inc. v. Greenmoss Builders, Inc.*, 472 U.S. 749, 783 (Brennan, J., dissenting) (1985); *see also Austin v. Michigan Chamber of Commerce*, 494 U.S. 652, 691 (1990) (Scalia, J., dissenting), *overruled by Citizens United v. Fed. Election Comm'n*, 558 U.S. 310, 130 S. Ct. 876, 175 L. Ed. 2d 753 (2010) ("We have consistently rejected the proposition that the institutional press has any constitutional privilege beyond that of other speakers."). Put succinctly, "this Court has made plain that the organized press has a monopoly neither on the First Amendment nor on the ability to enlighten." *Dun & Bradstreet, Inc. v. Greenmoss Builders, Inc.*, 472 U.S. 749, 774, n.4 (White, J., concurring) (1985) (internal citations omitted).

The Ninth Circuit has recognized that the Supreme Court "has repeatedly refused . . . to accord greater First Amendment protection to the institutional media than to other speakers." *Obsidian Fin. Grp., LLC v. Cox*, 740 F.3d 1284, 1290 (9th Cir.) *cert. denied,* 134 S. Ct. 2680 (2014). In considering a defamation case involving a self-proclaimed "investigative blogger," the Ninth Circuit overturned the Oregon district court[1] and held that the "protections of the First Amendment do not turn on whether the defendant was a trained journalist, formally affiliated with traditional news entities, engaged in conflict-of-interest disclosure, went beyond just assembling others' writings, or tried to get both sides of a story." *Id.* at 1291 (9th Cir.). The court relied on Supreme Court reasoning that "a First Amendment distinction between the institutional press and other

---

[1] *Obsidian Fin. Grp., LLC v. Cox*, No. CV-11-57-HZ, 2011 WL 5999334, at *5 (D. Or. Nov. 30, 2011).

Page 7 – MEMORANDUM IN SUPPORT OF MOTION TO REVIEW DETENTION

speakers is unworkable: 'With the advent of the Internet and the decline of print and broadcast media . . . the line between the media and others who wish to comment on political and social issues becomes far more blurred.'" *Id.* (quoting *Citizens United v. FEC*, 558 U.S. 310, 352 (2010)).

In the modern era, "humble leaflets and circulars" and "carbon paper or a mimeograph" have evolved into blogs, YouTube channels, public access television shows, and social media. Unconventional news gatherers utilize these platforms for information. *See, e.g.*, *Fordyce v. City of Seattle*, 840 F. Supp. 784, 791 (W.D. Wash. 1993) *aff'd in part, vacated in part, rev'd in part on other grounds,* 55 F.3d 436 (9th Cir. 1995) (noting, in 1993, how "'newsgathering' these days is often done by private citizens who have no connection with any news medium, but whose contribution to the flow of public information is important."); *Crawford v. Geiger*, 996 F. Supp. 2d 603, 614 (N.D. Ohio 2014) ("Technology has put the ability to gather and disseminate newsworthy information literally in the hands of anyone who has a cell phone.").[2]  Similarly, the First Circuit has emphasized that

> [i]t is of no significance that the present case . . . involves a private individual, and not a reporter, gathering information about public officials.

---

[2]    A line of cases suggests that recreational photography or filming for personal use is not protected by the First Amendment because it lacks an "identifiable message sought to be communicated, [and] an identified audience to whom a message [is] being broadcast." *Montefusco v. Nassau Cnty.,* 39 F.Supp.2d 231, 242 n. 7 (E.D.N.Y.1999) (suggesting, but not holding, that a schoolteacher's photography of teenagers was not protected by the First Amendment); *see also Porat v. Lincoln Towers Community Ass'n,* No. 04 Civ. 3199(LAP), 2005 WL 646093, at *4–5 (S.D.N.Y. Mar. 21, 2005) (holding that a photo hobbyist's recreational photography of residential buildings was not protected).

Whatever the merits of that legal proposition, it does not apply here, where Defendant undoubtedly was engaging in expressive conduct that he intended, and did, disseminate to his audience.  His YouTube channel has nearly 65,000 subscribers.

\*\*\*

> [C]hanges in technology and society have made the lines between private citizen and journalist exceedingly difficult to draw. The proliferation of electronic devices with video-recording capability means that many of our images of current events come from bystanders with a ready cell phone or digital camera rather than a traditional film crew, and news stories are now just as likely to be broken by a blogger at her computer as a reporter at a major newspaper. *Such developments make clear why the news-gathering protections of the First Amendment cannot turn on professional credentials or status.*

*Glik v. Cunniffe*, 655 F.3d 78, 84 (1st Cir. 2011) (emphasis added); *see also*

*Fordyce v. City of Seattle*, 840 F. Supp. 784, 791 (W.D. Wash. 1993) *aff'd in part, vacated*

*in part, rev'd in part on other grounds,* 55 F.3d 436 (9th Cir. 1995) ("There is no doubt

that plaintiff's First Amendment rights as an unconventional news-gatherer are equal to

those of an employee of a mainstream television station.").

As these cases indicate, in reviewing the scope of the freedom of the press, "[t]he

dispositive element is not the form of the investigative process. In an era marked by a

diminution of the classic news media and the print investigative journalist and the

proliferation of investigative reporting in media such as cable television, documentary

journalism—both televisions and movies—internet reporting and blogging, the need for

protection remains the same." *Ramos v. Flowers*, 429 N.J. Super. 13, 26, 56 A.3d 869, 877

(App. Div. 2012) (considering both state and federal free speech provision).

Like the "humble leaflets and circulars" in *Mills,* and despite no affiliation with a

major media group, Defendant's productions are entitled to First Amendment protection,

including freedom of the press.

## VI.    The nature and circumstances of the offense

The Complaint charges Santilli and others with Conspiracy to impede federal

officers from discharging or preforming their official duties through the use of force,

intimidation or threats in violation of 18 U.S.C. § 372. Here, a group of individuals took over and occupied the buildings at the Malheur National Wildlife Refuge (MNWR) thereby preventing federal employees from doing their work on the refuge. The charge is a Class D felony and carries a maximum penalty of 6 years in prison.

The allegations specifically relating to Santilli are set out in paragraphs 42 – 56 in the Complaint. In summary, it alleges that Santilli is associated with two patriot groups, "Oath Keepers" and III Percent Patriots and that he used his news show to announce calls for patriots and like-minded people to come to Oregon.  The Complaint fails to state that the patriot groups named above were opposed to any armed conflict or takeover. See, Exhibit E.

Santilli's calls for supporters to come to Oregon were first aimed at rallying support of the Dwight and Steven Hammond who had been sentenced to serve five-year mandatory minimum prison terms.  A public rally in support of the Hammonds was set to occur on January 2, 2016 in Burns, OR.  So, along with Deb Jordan and production assistants Ken Rhoades and Ben Matthews, Santilli drove here with drove from the Midwest to Burns to cover the Hammond Rally.

Santilli was not an occupier. To the contrary, Santilli disagreed with the takeover of the buildings on the Refuge; he publicly expressed his opposition to it, and he talked others out of joining in the occupation. He never stayed at the Refuge. They checked into the Silver Spur Motel in Burns, on December 30, 2015 and intended to check out on January 2, 2016. See Exhibit F.

On January 2, 2016 a significant number of people gathered in the parking lot at the Safeway store in Burns as part of the rally in support of the Hammonds. It was there that

Santilli learned that a group splintered off from the rally and proceeded to the MNWR to take it over.  Upon learning of this, Santilli expressed his opposition.  He said if he had known of the plan ahead of time, he would have tried to talk the group out of it.

The group that splintered off from the others who gathered in support of the Hammonds for the January 2nd rally was just a small minority of a much larger group that came to Burns.  Santilli sided with the majority who did not agree with the means the occupiers used to make their message.  His only alleged involvement was to broadcast what was happening at the MNWR together with his views and put out calls for supporter to join in peaceful protest.

**VII.    Defendant's speech was not designed to incite violence or breach of the peace.**

First Amendment rights do not apply to speech designed to incite immediate violence or unlawful activity.  In *Brandenburg v. Ohio*, 395 U.S. 444 (1969), the Supreme Court ruled that only speech that is "directed to inciting or producing imminent lawless action" can be legally censored. "Fighting words" are also illegal; in *Chaplinsky v. New Hampshire,* 315 U.S. 568, 571–72 (1942), the Court ruled that speech that "inflict injury or tend to incite an immediate breach of the peace" has no social value and can be curtailed.

Here, the criminal complaint alleges that Defendant posted videos on YouTube of *other people* making statements about holding a "defensive posture" while carrying a firearm or requesting that other people come to the Refuge and join the group.  Aff. at 14, 24.  It also alleges that he posted videos of *himself* asking people to "come to Oregon" or "respond to Oregon" and stated that "We're going to take a stand .... Ok, I'm sure they had original intentions to be extremely peaceful. Ah, of course, ah, we, ah, we must get the Federal government to comply with our peaceful demands, ah, otherwise we have to

explore all opportunities that we have made available to us through our founding fathers."
Aff. at 24.  Although he mentions the power of being armed, his call for "one hundred
thousand" people to stand together specifically asks for "unarmed" people on at least five
occasions.  Aff. at 27-28.  He further notes that he is not armed with a firearm, just with
him mouth and his show.  Aff. at 27.  Although he does state that it's time for patriots to
"staff up" and "get in the car and come out here," (and implies that this means arming
themselves), he specifies that it must be done lawfully. Aff at 31.

Nothing indicates that this was intended to incite immediate violence, injury, or
unlawful activity.  Defendant never expresses a desire for violence, notes that they have
peaceful demands, asks multiple times for unarmed people, and then only asks for people
to arm themselves if they can do it legally.

## VIII.    The history and characteristics of the person.

Santilli has a solid history of lawful conduct and employment.  He has just one
prior conviction from 1983; he has no mental health issues, no history of drug or alcohol
abuse, and a long, stable history of residency.  He ahs been involved in producing talk
shows and news shows for several years. He moved to Ohio last year to be closer to
Deborah Jordan's family.  It is true that he is estranged from his own family and has not
had contact with his parents or siblings for approximately three years.  While he does not
reside in Oregon, this should not preclude his release.  He has a good lot of valuable
production equipment in his studio in Cincinnati.

## IX.    The nature and seriousness of the danger to any person or the community that would be posed by the person's release.

Under 18 U.S.C. § 3142(g), the Court is to consider the nature and seriousness of the danger to any person to the community that would be posed by the defendant's release. Based on the Complaint, the nature and seriousness of any danger Santilli could pose is all based on his first amendment rights relating to free speech, peaceful assembly and free press. The allegations in the Complaint suggest Santilli used these rights aid and abet the conspiracy to take over the federal buildings at MNWR. He denies this, as his intentions were always peaceful. However, given the nature of this case, any restrictions on Santilli's freedom should be limited to curtailing the perceived threat of danger posed by his speech.

### a)    What restrictions can the court place on Mr. Santilli and his show as part of his pretrial release conditions?

"Without question, a defendant who is under court supervision, including based upon a conditional pretrial release order, does not necessarily forfeit all of his or her First Amendment rights." *United States v. Murtari*, No. CRIM 5:07-CR-0428DEP, 2008 WL 687434, at *4 (N.D.N.Y. Mar. 11, 2008).  Limitations on free speech must be imposed "cautiously." *United States v. Collins*, No. 11-CR-00471-DLJ PSG, 2012 WL 3537814, at *4 (N.D. Cal. Mar. 16, 2012).[3]  Accordingly, a court is required to fashion release conditions to result in no greater intrusion on a defendant's First Amendment rights than reasonably necessary in order to effectuate the objectives of the Bail Reform Act (18 U.S.C. § 3142) and to insure a defendant's compliance with the court's order.  The Bail Reform Act mandates that a court impose the least restrictive conditions to reasonably

---

[3] The *Collins* Court remarked that "case law addressing the limits on pretrial release conditions imposed by the First Amendment is limited" but that it seemed "clear that the First Amendment can restrict pretrial conditions imposed on defendants . . . ."

assure the appearance of the person as required and the safety of any other person and the community. 18 U.S.C. § 3142(c)(1)(B).

In *Murtari*, the defendant had a long history of engaging in activities near a federal building designed to draw attention to his cause (advocating for fathers' rights). While he faced contempt charges, his release conditions prohibited him from entering peaceably onto federal property. The defendant challenged this pre-trial release condition on First Amendment grounds, but the court deemed the conditions reasonable and limited to encroaching upon defendant's First Amendment rights only to the extent necessary. The court reasoned that the defendant had previously been charged and convicted of engaging in criminal conduct at a federal building and had "indicated that he cannot assure the Court that he will not engage in identical conduct during the pendency of [the criminal proceedings in which that order was issued]." *Murtari*, No. CRIM 5:07-CR-0428DEP, at *4.

In *Collins*, the defendant faced charges of interfering with a protected computer. Specifically, the indictment alleged that the defendant was a member of Anonymous and had participated in a conspiracy to attack PayPal's computer servers in retribution for PayPal suspending a donation account for WikiLeaks. The release conditions included not accessing Internet Relay Chats, not accessing Twitter, designating the computer that would be used while on release, not delete any Internet history, and make available any designated computer for inspection by the government. *Collins*, No. 11-CR-00471-DLJ PSG, at *4.

The defendant challenged the release conditions on First Amendment grounds. The court reasoned that since the PayPal crime was coordinated through chat relay (and was

specifically addressed by the language of the indictment) the relay chat restriction furthered a compelling government interest in protecting the public from further crimes. The court also emphasized that the condition was content-neutral—it did not restrict political or any other discourse by any other means, even by use of other internet services such as e-mail, blogging, chat other than relay chats, or social networks. The court found that a restriction on relay chat use, while permitting substantial Internet use for purposes that include political discourse, struck a reasonable balance between the legitimate and yet competing interests of the parties. *Id.*

In contrast to the relay chat restriction, the court struck the restriction on using Twitter. The court reasoned that although the government's proffer mentioned Twitter, the indictment made no mention of Twitter, and thus nothing proffered by the government sufficiently linked the defendant's allegedly criminal activities to use of a Twitter account: "In the absence of any indictment charge, any evidence, or even any specific proffer of such illicit activity by Twitter, the court is not persuaded that the restriction advances any legitimate interest in protecting the public's safety or prevent any defendant from fleeing. " *Id.* at *5.

Under the reasoning in *Collins*, the court should not restrict Defendant's use of any social media or broadcasting platform that is not mentioned in connection to the alleged crime. Review of the affidavit shows that the only media he used is his YouTube channel. Thus, there should not be any restriction on his Facebook page, podcast, or other social media, even for political speech. Notably, unlike in *Collins* where the defendant's use of relay chat directly caused harm, the affidavit offers no indication that Defendant's use of YouTube actually caused anyone to go to Oregon, to the Refuge, or to arm themselves.

Thus, if Defendant's YouTube show has failed to cause the public harm, there is little

compelling government interest in protecting the public from further crimes.  It is also

notable that the situation at the Refuge has changed significantly from when Defendant

posted those videos.  The number of occupiers has dropped, the leaders are no longer there,

and the leaders have called on the remaining occupiers to leave.  Thus, the risk of

Defendant's speech causing public harm has become minimal as the situation has cooled

off.

## X.    Conclusion

For these reasons, Santilli asks the Court to order his release to his apartment in

Cincinnati, Ohio. If the Court finds it necessary, Santilli is willing to comply with

additional restrictions such as home detention or GPS monitoring. If the Court finds it

necessary to restrict Santilli's first amendment rights, it should limit them in a narrow

fashion, such as refraining from certain topics.

DATED this 2nd day of February 2014.

_Thomas K. Coan_
Thomas K. Coan, OSB 89173
Attorney for Defendant

ORP DET ORD (1/15/16)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

v.

PETER SANTILLI

Case No. 3:16-MJ-00004-8

ORDER OF DETENTION AFTER HEARING (18 USC § 3142(i))

☑ On motion of the Government involving an alleged:
- ☑ risk to the safety of any other person or the community for cases involving crimes described in 18 USC § 3142(f)(1)
- ☑ serious risk defendant will flee;
- ☐ serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror or attempt to do so,

☐ Upon consideration by the court *sua sponte* involving a:
- ☐ serious risk defendant will flee;
- ☐ serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror or attempt to do so,

Having considered the nature and circumstances of the offense charged, the weight of evidence against the defendant, the history and characteristics of the defendant, and the nature and seriousness of the danger to any person and to the community that would be posed by the defendant's release, the court finds that:

☐ The offense charged creates a rebuttable presumption in 18 USC § 3142(e) that no combination of conditions will reasonably assure the safety of the community.

☑ No condition or combination of conditions will reasonably assure the appearance of defendant as required due to:

| | | |
|---|---|---|
| ☐ Foreign citizenship and/or illegal alien | ☐ In custody/serving sentence | ☐ Substance use/abuse |
| ☐ ICE Detainer | ☐ Outstanding warrant(s) | ☐ Unknown family/employment/community ties |
| ☐ Deportation(s) | ☐ Prior failure(s) to appear | ☑ Unstable/no residence available |
| ☐ Multiple or false identifiers | ☑ Mental health issues | ☐ Information unverified/unverifiable |
| ☐ Aliases | | |

☐ Prior criminal history, ☐ including drug/drug related offense, ☐ including alcohol/alcohol related offense
☐ Prior supervision failure(s), ☐ Including illicit drug use, ☐ including alcohol abuse
☑ Other: _Lack of ties to district; no appropriate release plan; nature of charged offense; role in charged offense; October 2015 statement admit complying with government order_

☑ No condition or combination of conditions will reasonably assure the safety of other persons and the community due to:

| | |
|---|---|
| ☑ Nature of offense | ☐ Prior supervision failures |
| ☐ Arrest behavior | ☐ Substance use/abuse |
| ☑ Possession of weapon(s) | ☑ Mental health issues |
| ☐ Violent behavior | ☐ Alleged offense involves child pornography on the internet |
| ☐ Prior criminal history, ☐ including drug/drug related offense, | ☐ including alcohol/alcohol related offense |
| ☐ Prior supervision failure(s), ☐ Including illicit drug use, | ☐ including alcohol abuse |
| ☐ Other: _____ | |

☐ Other (writ/serving federal or state sentence): _____

☐ Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 USC § 3142(e).

☐ The defendant is detained without prejudice to further review by the court at a later date.

**THEREFORE, IT IS ORDERED** that:
1. Defendant is detained prior to trial;
2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separated, as far as practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
3. Defendant shall be afforded a reasonable opportunity for private consultation with his counsel;
4. The superintendent of the corrections facility in which defendant is confined shall make the defendant available to the United States Marshal for the purpose of appearance in connection with any court proceeding.

DATED: ~~January 29, 2016~~
Feb. 1, 2016

_____
United States Magistrate Judge

Exhibit A



Exhibit B

# Cincinnatian spokesman for ranchers in Oregon standoff

 **Fatima Hussein**, fhussein@enquirer.com   *2:01 p.m. EST January 7, 2016*



*(Photo: The Enquirer/Meg Vogel)*

A Cincinnati-area online talk radio host has emerged as the spokesman for the armed ranchers occupying buildings at a wildlife refuge in Oregon.

Peter Santilli, who hosts The Pete Santilli Show, a neoconservative online radio show, says he embedded himself with the group in late December.

On Jan. 3, the group took over a federal wildlife refuge in Oregon to protest the federal government's treatment of a pair of ranchers set to report to prison for arson of federal land.

Santilli said he did not participate in the takeover of a cluster of small buildings at the Malheur National Wildlife Refuge, about 30 miles south of Burns, in the high desert of eastern Oregon, "because that is an illegal action."

"I'm here as an independent media journalist, coordinating major international media coverage of this event," he said.

The events began when Dwight Hammond, 73, and Steven Hammond, 46, lit fires on federal land in 2001 and 2006 to reduce the growth of plants and protect their property from wildfires. The father-son pair were convicted three years ago and served time – Dwight Hammond three months, Steven Hammond one year.

In October, a federal judge in Oregon ruled the Hammonds' prison terms were too short under U.S. law and ordered them back to jail for roughly four years each.

Ammon Bundy, the son of Nevada rancher Cliven Bundy, who was involved in a April 2014 standoff with the government over grazing rights, is among those organizing the opposition at the Oregon wildlife refuge. The protesters say ranchers and others should be free to use the federal lands in question without federal oversight.

Santilli said he was chosen as a spokesman because he took part in Cliven Bundy's defiance of federal court orders related to his cattle grazing illegally on federal lands since the 1990s.

Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:16-mj-00004 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DECLARATION OF BRANDON |
| | ) | CURTISS |
| AMMON BUNDY, | ) | |
| JON RITZHEIMER, | ) | |
| JOSEPH O'SHAUGHNESSY, | ) | |
| RYAN PAYNE, | ) | |
| RYAN BUNDY, | ) | |
| BRIAN CAVALIER, | ) | |
| SHAWNA COX, and | ) | |
| PETER SANTILLI | ) | |
| Defendants. | ) | |

I, Brandon curtiss, declare under penalty of perjury that the following statements are truthful:

1.      To the best of my knowledge, Pete Santilli, did not know of any plan to occupy the buildings on the Malhuer National Wildlife Refuge (MNWR) before it took place, and after it took place he expressed many times his opposition to it.

2.      I know that Pete Santilli drove out to Burns, Oregon to cover rally in support of the Hammonds who had been sentenced to five years in prison.  I was present in the Safeway parking lot in Burns when Pete learned that a group had splintered off to go to the

Exhibit D

MNWR.  When Peter learned of the takeover of the buildings, he expressed opposition to it and said that if he had known ahead of time he would have tried to talk them out of it.

3.      In fact, I saw Pete talk Joe O'Shaughnessy out of joining them.  I believe it was the evening of January 2, 2016.  We were in the kitchen area of the fairgrounds building in Burns.  Joe O'Shaughnessy was very emotional and upset; he was considering going to the MNWR to join the occupiers.  Pete helped talk him out of it.  While I cannot recall the exact words, he told Joe O'Shaughnessy not to join them.  He said, "don't get yourself wrapped up in that.  It's not smart to do that."  He successfully talked Joe out of joining the occupiers and offered to rent a room for him at the Silver Spur Motel.

4.      Over the past month, I have spent most of my nights in room 121 of the Silver Spur Motel, and I know that Pete Santilli and his crew were in rooms 123 and 125.

5.      During the entire time Pete was out here in Burns he said many times that he did not agree with the takeover at the MNWR.

6.      I have known Pete Santilli since January 2, 2015

7.      I believe Pete Santilli is an honest and non-violent man.  I know him to be a man of his word, I am sure he will make his court appearances if released. I also believe he does not pose a threat of danger to any individual or to the community.

DATED this __1__ day of _Februarry_____, 2016

Brandon Curtiss

Exhibit D



MAIN    ABOUT    BYLAWS    CPT ⬤    ACADEMY ⬤    TESTIMONIALS ⬤    MEMBERSHIP ⬤    DONATE    STORE    FORUMS    CONTACT ⬤

# The Hammond Family Does NOT Want an Armed Stand Off, and Nobody Has a Right to Force One On Them



👤 2165 . 👤 0 . 👤 0 . 👤 11        👤 by Stewart Rhodes , 📅 January 1, 2016

> We cannot force ourselves or our protection on people who do not want it.  Dwight and Steven Hammond have made it clear, through their attorney, that they just want to turn themselves in and serve out their sentence. And that clear statement of their intent should be the end of the discussion on this.  No patriot group or individual has the right or the authority to force an armed stand off on this family, or around them, against their wishes.  You cannot help someone who does not want your help, and who are not willing and ready to take a hard stand themselves.

Here is a video statement I made on the Hammond situation while at a recent Oath Keepers event in Idaho:

Stewart on Hammond Family Situation in Oregon        🕐  ↗



And here is an even more recent audio/video statement on this issue, where I am joined by several Oath Keepers who were at Bundy Ranch, Sugar Pine Mine, and other Oath Keepers operations:








Exhibit E

Stewart Rhodes responds to the Hammond family situa...    



SUBMIT TESTIMONIALS
TELL US ABOUT YOUR SERVICE AND WHAT YOUR OATH MEANS TO YOU

READ TESTIMONIALS
READ WHAT OTHER VETERANS HAVE TO SAY ABOUT THEIR SERVICE AND THEIR OATH



JOIN OUR FREE EMAIL LIST

**WRITTEN STATEMENT ON HAMMOND SITUATION:**

I regret having to even make this statement, but I have no choice, since Ammon Bundy has not made it sufficiently clear to the patriot community that the Hammond family has declined physical armed help, and by all indications does NOT want any kind of armed stand off with the Federal government, and they do NOT want anyone to attempt to protect Dwight and Steven Hammond from being taken into Federal custody on Monday, January 4, 2016 when they are scheduled to turn themselves in to serve additional time for their felony convictions (which came after a jury found them guilty).  They intend to voluntarily turn themselves in and serve out the remainder of their sentence, under federal minimum sentencing statutes, after losing in the Ninth Circuit Court of Appeals on that issue.  In fact, they have made it very clear, through a public statement by their lawyer, in a letter to the Sheriff dated December 11, 2015, that:

> Neither Ammon Bundy nor anyone in his group/organization speaks for the Hammond Family, Dwight Hammond or Steven Hammond.  In addition, I wish to report to you that, as recently ordered by the District Court, District of Oregon, Dwight Hammond and Steven Hammond intend to voluntarily report to the designated federal facility on January 4, 2016, as required.

https://www.documentcloud.org/documents/2660398-Letter-HammondRanchesInc.html

Unfortunately, Ammon Bundy has not made that clear.   And despite Dwight and Steven Hammond's decision to voluntarily report to Federal custody, Ammon has issued a video titled  "BREAKING ALERT! URGENT CALL TO ACTION! ALL CALL FOR ALL PATRIOTS! MILITIAS! OATH-KEEPERS! FROM AMMON BUNDY RANCH!"  In that video, posted on December 29, Ammon Bundy asks those who went to Bundy Ranch to now go to the town of Burns "to make a stand" and he urges them to "come to Burns and defend this family and defend this county."   Here is a transcript of the last part of his video:

> "I'm asking you, and you know who you are, you that came, and you that felt to come, to the Bundy Ranch.  I'm asking you to come to Burns on January 2, to make a stand.  And I feel that this is every bit, and in many ways more important, than the Bundy Ranch.  I feel – I know – that the abuses this family has endured is much greater than even the Bundy family.  And this is something that cannot be ignored.   It has to happen now.   We cannot allow these violations to be so blatant and do nothing and expect that we will not be accountable for it.  We will be accountable if we do not stand, and I'm asking you now, to come to Burns and defend this family and to defend this county, because it is not just the Hammonds that are being affected by this.   They have put this whole county in depression.   in the 80s, this county was a thriving county that the household income was higher than the national average, and the highest in the state of Oregon.  Now, because of the federal control of the resources, now Harney County is in an economic depression.   They are the lowest – they have the lowest income in the county (country) and it is $22,000.00 under the national average – $22,000.00 less than the national average.   And it's because they have no access – very little access – to their natural resources.  And it is time that we make a stand, and I'm asking you to do that.   And I want to thank you for your time and thank you for listening, and I hope that you can feel the urgency of what I am asking you to do. (emphasis added).

(And here is the video:)



"A veteran - whether active duty, retired, national guard, or reserve - is someone who, at one point in his or her life, wrote a blank check payable to The "United States of America", for an amount of 'up to and including his life.'" – Author Unknown

"If there must be trouble, let it be in my day, that my child may have peace." – Thomas Paine

"Those who expect to reap the blessings of freedom must, like men, undergo the fatigue of supporting it." – Thomas Paine

## Veterans, you swore an Oath...

### Oath of Enlistment

I, (NAME), do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

### Officers Oath

I, [name], do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental

Exhibit E

BREAKING ALERT ALL CALL TO MILITIAS! AND PATRIOTS! BUNDY RANCH!



And on his website, Ammon has <u>recently posted</u>:

> **\*\*Call to Action\*\*** We are asking all able body men and women to come to Burns Oregon and come prepared. This is not a false warning!!! We must not be okay with what is happening to the people of Harney County.

He then describes plans for a rally, march, and protest on Saturday, January 2, that will march though town and end by placing flowers in front of the Hammond family residence in town. That description sounds like it will be only a protest, and that is the apparent intent of the Three Percenter groups involved, but Ammon's rhetoric goes way beyond just a protest. For example, <u>on December 11th</u>, he posted:

> Please understand that we must exhaust all prudent measures **before taking a physical stand** against the horrific actions that the People of Harney County are enduring (including the Hammond's). If this Notice is ignored, then one more Notice of Demand will be sent, it will list the many petitions that have been ignored and demand that the Hammond's rights be restored. **If that final Notice is rejected then People across the Union will have justification to assemble and once again restore individual rights.** (emphasis added.)

So, at the least, Ammon is sending out confusing and contradictory messages of what he is asking people to do, and at the worst, he is planning on going far beyond a mere protest, and intends some form of armed direct action (and all despite the Hammonds making it known that Ammon does not speak for them and they intend to voluntarily report to federal custody.)

At the very least Ammon needs to make it very clear what he is asking people to do, and he needs to make it clear that he is going against the clearly stated intent of the Hammonds. His rhetoric is all about taking a stand and defending the Hammonds from being taking into custody and then going further and defending the entire county against the Feds, despite serious opposition by the local community against any form of armed confrontation.

**BECAUSE THE HAMMOND FAMILY DOES NOT WANT AN ARMED STAND OFF, AND THEY WISH TO TURN THEMSELVES IN, OATH KEEPERS WILL NOT TAKE PART IN ANY ATTEMPT TO CREATE A STAND OFF IN BURNS, OREGON.**

Since Dwight and Steven Hammond, through their attorney, have made it clear they intend to turn themselves in and serve out the additional time, Oath Keepers cannot, and will not, try to interfere with that decision (peaceable assembly and protest is, of course, fine, but going beyond that against their wishes is not). We cannot force ourselves or our protection on people who do not want it. They have made it clear that they just want to turn themselves in and serve out their sentence. And that clear statement of their intent should be the end of the discussion on this.

Yes, they are apparently being coerced and threatened (told not to communicate with Ammon or face dire consequences), as is done to anyone who runs afoul of the Feds, but if they don't want their family in the middle of an armed stand off and have decided it is best to just go back to prison, no patriot group or individual has the right or the authority to force an armed stand off on the Hammond family, or around them, against their wishes. You

---

reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

**Your Oath NEVER expires!**
**It"s time to keep it!**

## OATH KEEPERS:
## ORDERS WE WILL NOT OBEY

Click here to read full length version.

1. We will NOT obey orders to disarm the American people.

2. We will NOT obey orders to conduct warrantless searches of the American people.

3. We will NOT obey orders to detain American citizens as "unlawful enemy combatants" or to subject them to military tribunal.

4. We will NOT obey orders to impose martial law or "state of emergency" on a state.

5. We will NOT obey orders to invade and subjugate any state that asserts its sovereignty.

6. We will NOT obey any order to blockade American cities, thus turning them into giant concentration camps.

7. We will NOT obey any order to force American citizens into any form of detention camps under any pretext.

8. We will NOT obey orders to assist or support the use of any foreign troops on U.S. soil against the American people to "keep the peace" or to "maintain control."

9. We will NOT obey any orders to confiscate the property of the American people, including food and other essential supplies.

10. We will NOT obey any orders which infringe on the right of the people to free speech, to peaceably assemble, and to petition their government for a redress of grievances.

Click here to read full length version.

## Site Dedication

Exhibit E

cannot help someone who does not want your help, and who are not willing and ready to take a hard stand themselves.

In the Kim Davis situation, Oath Keepers offered her our protection against being arrested again for contempt, by order of the willful federal judge who was abusing his power.  But Kim Davis, through her legal counsel, declined our protection and we had to respect her wishes and leave home.  It is the same here.

This org cannot and will not force itself on a family who does not want the help.  We always get the consent of the person who is being threatened or oppressed before we take any action.  Obviously, if someone is in the middle of being attacked with armed force, and are being murdered, patriots can and should defend them without waiting for them to ask for help, but that is not the case here.  The Hammonds have had plenty of time to issue a call for armed help, and they have not, and instead, they have issued their statement of intent to comply with the Court's order to turn themselves in.

We went to Bundy Ranch after the Bundy family directly asked for help in their strong stand, and we went there specifically to prevent them from being "Waco'd" after we saw clear preparation and intent by the Feds to use military trained snipers and Special Forces veteran mercenaries against cowboys and their families.

Likewise, the miners in the <u>Sugar Pine Mine</u> in Oregon, and the miners in <u>Lincoln, Montana</u> asked for our help and we went there after seeing a pattern of behavior by the BLM of intentionally burning occupied cabins, drawing guns on miners, etc. that caused us to be concerned for the miners' physical safety, along with evidence that BLM agents intended to use force to remove the miners from their claims without due process.

And in <u>Ferguson, Missouri</u>, we asked shop owners and residents if they wanted our protection, and only after they said "yes" did we deploy, rifles in hand, to guard them against deadly arsonists and violent looters.   Without their consent, we would have had no right to go onto their rooftops.

And just this year, <u>in Idaho</u>, our Idaho Oath Keepers joined with Idaho Three Percenters and other patriots,  to stand on the front lawn of a veteran who the VA had decreed "unfit to handle his own affairs" and therefore prohibited from owning firearms.  The VA informed the veteran they they intended to inspect his home for firearms.   This man's neighbors and other patriots in Idaho let it be known that they would not let the VA enter this veteran's home or disarm him.   And the VA backed off and issued a retraction of their "finding" (all of a sudden, the VA doctor decided that the veteran was competent after-all).    That was a righteous cause, and a victory for the right to bear arms, but we only took action because he asked for help, because he was willing to stand with us, and because it was a very clear and egregious violation of his fundamental rights.  Without his consent and participation, we would not have acted.

**CRITICAL DIFFERENCES BETWEEN THE HAMMOND SITUATION AND BUNDY RANCH**

In addition to the fact that the Hammonds have not requested our help, and intend to report to federal custody to serve out the additional sentences, there are also several other important differences between this situation and Bundy Ranch.  As stated above, at Bundy Ranch, we saw a very clear and present danger of imminent unlawful and excessive force being used against the Bundy ranching family (who's family home is always full of children and grand-children).   There were military trained sniper teams, Special Forces veteran "contractors" and video footage of BLM agents tazing Ammon Bundy, sicking attack dogs on him, and throwing his elderly aunt to the ground.  The Feds also set up their absurd and disgusting "First Amendment Areas" and tried to confine protesters to them, and arrested one of the Bundy sons for being outside of the taped off designated protest area.

All indicators were that the Bundy's were at risk of being killed in a Ruby Ridge or Waco type incident.   And that is why we went(along with many other groups and individuals), after the Bundy family directly asked for help.  And because the whole Bundy family, and many of their cowboy friends and neighbors were willing to take a hard stand, with the support of veterans and patriots, they prevailed, the Feds blinked, and backed off.

That was a clear win for Team Liberty, while maintaining the moral high ground in the eyes of the great majority of patriotic Americans -which is exactly why the Feds backed off.   They knew they had overstepped, that the "optics" were bad, and they had severely underestimated the resolve and resistance, and could not win without using overwhelming military force, and they knew that if they tried to use that military force – as many leftists were screaming for them to do – the military would split at least in half, and many or most of the current serving trigger pullers in the Marine Corps and Army infantry would have sided with the resistance – joining all of us pissed off veterans – in the resulting civil war.

In the Hammond case, there is no clear and present danger of the family being mass murdered, there is no stand off, and the family has no intent of starting one.   They have apparently been threatened with being sent to the worst sections of prison if they communicate with Ammon, and that is certainly an abuse of their rights, but they have chosen to not request assistance, to NOT take a physical stand against serving the additional sentence, and they have chosen to turn themselves in.   We must respect that choice.

**If you want to go protest, by all means do so** (and I think going armed while you peaceably assemble and protest is perfectly within your rights, but beware agent provocateurs and hot heads), **but do not allow yourselves to be roped into an armed stand off the Hammonds do not want**.   They have made their choice, and <u>their neighbors are also apparently unwilling to take a hard stand</u>.  Respect that, even if you disagree with them.

**HOW THE FOUNDERS KICKED OFF THE AMERICAN REVOLUTION THE RIGHT WAY**

This site is dedicated to the memory of John William Adams (1925-2006), Marine and Oath Keeper extraordinaire.

John Adams, at the age of 16, lied about his age t join the Marines so he could fight against Imperi Japan in the Pacific. His enlistment date was December 10, 1941, just three days after the atta on Pearl Harbor (see below). As a Marine rifleman, fought the Japanese from island to island, across t pacific, including at Iwo Jima. We may have goo men, but we never had better.

Until his death in 2006, he was a dedicated patriot who still took his oath to defend the Republic deadly serious. May God grant you the courage to do likewise.

## FOUNDER STEWART RHODE

Stewart is the founder and Director of Oath Keepe He served as a U.S. Army paratrooper until disabl in a rough terrain parachuting accident during a ni jump.

He is a former firearms instructor and former member of Rep. Ron Paul's DC staff.

Stewart previously wrote the monthly Enemy at th Gates column for S.W.A.T. Magazine

Stewart graduated from Yale Law School in 2004 where his paper "Solving the Puzzle of Enemy Combatant Status" won Yale's Miller prize for bes paper on the Bill of Rights. He assisted teaching U military history at Yale, was a Yale Research Schol and is writing a book on the dangers of applying t laws of war to the American people.

## Board of Directors

Michele Imburgia, Texas State VP

Richard Mack, Former Sheriff of Graham County, Arizona

John D. Shirley, Active Duty Peace Officer - Houston

Exhibit E

Those who intend to try to force this into some form of modern "Lexington Green" or "Concord Bridge" against the wishes of the Hammonds and their neighbors need to take a hard look at the Founders' example and their wisdom.   The Founders, even after the Boston Massacre, did not immediately take up arms and fight.  They gave the Crown and Parliament plenty of rope to hang themselves and show their true face to the colonists, and drive more Americans over to the Patriot cause.   The Founders focused on smart resistance that poked at the Crown and goaded them into further abuse of more of the American people, and goaded Gage into attacking as the clear aggressor, to arrest the patriot leaders and confiscate arms and ammunition.

Even after General Gage was appointed Royal Governor over Massachusetts, and placed Boston under martial law (and suspended all town hall meetings throughout the Massachusetts colony) the patriots still did not fire upon the King's troops.  Instead, they formed militia and minuteman companies in each town and county, they stored up ammunition, food, medicine, etc for the coming resistance, and they organized and prepared an effective resistance movement at the town and county level, which included both pubic militia and underground "Sons of Liberty" cells.

And they let the Crown piss off all of the other citizens of Massachusetts with the egregious ban on town hall meetings, which the people ignored and intentionally violated while daring Gage to try to stop them from meeting, and *because they had formed into well organize militia,* that numbered in the tens of thousands, Gage knew he was powerless to stop those town hall meetings, as he made clear in his written request for more troops.

The patriots did not fire on the King's troops until General Gage ordered his men to march on Lexington and Concord to seize Hancock and Adams, and to confiscate guns, cannon, powder, and food supplies.   In other words, the patriot leadership had the discipline and wisdom to maneuver Gage into attempting  wholesale gun confiscation.  And that was the spark that fully justified armed resistance in they eyes of the greatest number of Americans at the time.

By doing so, they retained the moral high ground, while also engaging the King's troops out in patriot dominated territory, where they were strong, well organized, and vastly outnumbered the Red Coats, and thus they kicked their ass all the way back to Boston.  They poked Gage into vastly overstepping (and "stepping on his dick" as we would say today) and by doing so, they started the Revolution off with a win on all fronts – a military victory, a moral victory, and a morale victory.  THAT is how you kick off a fight.  And then they won a series of victories throughout 1775 that ended with Gage having to evacuate the British Army and Navy from Boston.  And that is how you start off a Revolution.

**LET OBAMA AND HIS FELLOW TRAVELER MARXIST BUDDIES "STEP ON THEIR DICKS" ON THE GUN ISSUE, AND MAKE A HARD STAND TO RESIST ON *THAT***

All of you who are impatient and itching for a fight, put your thinking caps on, and use your heads.  Keep your cool, and don't worry, the fight will come to you soon enough.  Obama, and the other anti-gun idiot politicians, such as the Governor of CT, will not be able to resist the temptation to attempt to violate our right to bear arms by executive decree, such as barring anyone put on no-fly list and other "government watch lists" from owning guns – which would include me, by the way, as I am on an "Aviation Security" watch list, and get a special "SSSS" designation every time I fly.  I can't even check in and get a boarding pass from the ticket agent without the airlines calling DHS for permission to let me fly (which usually takes a half an hour), and I get the "full Montey" screening and groping each time.

Clearly, their intent is to eventually put all of you "dangerous" veterans, patriots, and constitutionalists on such watch lists, designate you as someone who is barred from owning guns, and then use that to disarm you, one at a time.   And they actually think we will just roll over and let them do that.

The idiotic CT Governor, Malloy, is paving the fast track to the next American Civil War/Revolution with his plan to sign an executive order precluding "those on government watch lists" from purchasing or owning firearms.   See this, and this.   He is actually planning on confiscating the guns of anyone who lives in Connecticut who the Feds put on one of their many watch lists.

Who can be on those lists?  Anyone, and everyone.  What is the criteria for being put on such a list?  Who knows?  What due process is there?  None.  And Malloy thinks the gun owners of Connecticut, who have already refused to comply with his prior edicts on guns, will just comply and be disarmed.  What a delusional fool!  He is poking a hornet's nest while smiling for the cameras.

Entually, all of us, across this nation, who dare to stand for liberty and the Constitution, will be on one list or another, and what is being done in Connecticut will be done in other states, and at the national level too.  Obama is also considering an Executive Order decreeing background checks on private gun sales.  And anti-gun weenies in NY want to restrict how much ammo New York state residents can buy.  And in California, the police have now been given the green light to unilaterally disarm anyone they don't think should have a gun, on their say-so alone, without the person even knowing about it or having a day in court, through "Gun Violence Restraining Orders" (GVRO's).  Good!  Bring it.

Let Obama and the other hoplophobes step on their dicks, with both feet, with cleats on.   And organize local resistance, to help gun owners, like the old vet in Idaho, who are willing to take a hard stand, and put your muscle behind that hard stand, on the critical issue of guns, IN YOUR OWN COMMUNITY (the three most important questions you have to answer are "who's on your buddy team, who's on your fire-team, who's on your squad.").

TX. National Liaison to Peace Officers.

Jay Stang, Veteran US Marine Corps - Texas Chapter President

Steven C Homan, USMC Vietnam Veteran, Western States VP

Jim Ayala, Oath Keepers Merchandise

### Friends of Oath Keepers

**Constitutional Sheriffs and Peace Officers Association - CSPOA.org**

**SWAT Magazine**

**Randall's Adventure & Training / ESEE Knives**

**Jews for the Preservation of Firearms ( JPFO )**

**Ventura Munitions**

**Freedom Law School**

**Tenth Amendment Center**

**Gun Owners of America**

**Fully Informed Jury Association ( FIJA )**

Exhibit E

Get organized, get trained, get equipped, and help your neighbors unite in mutual defense and help to train them. Form minuteman companies and Quick Reaction Forces (QRF) in your town and county.  Then let "them" come and try to take your guns.  Make THAT the modern Lexington and Concord, and we will have the greatest number of Americans on our side, and the greatest number of the current serving military on our side, as possible.

That is how you do it.  Not by trying to force the people of Harney County, Oregon to take a stand they apparently don't want to take, over land use issues most Americans don't even understand, and which rural America as a whole essentially gave up on long ago (just a sad fact – decades ago they rolled over and, with few exceptions, let their use of the land be stripped from them by activist judges and federal agencies with the blessings of the U.S. Congress).  It will take time and lots of hard work at the local level to organize, educate, and create serious, lasting and effective local resistance on those land use issues in rural America. We should certainly do that, but it will not be done overnight.   I think the gun issue is a far, far stronger one to focus on at this time, when it comes to hard stands.

For the Republic,

Stewart Rhodes

Founder and President of Oath Keepers

---

CATEGORIES:    ALL, ALL-NDAA, ALL-OATHKEEPER-POSTS, ANNOUNCEMENT, ECONOMY, FEATURED, OATH KEEPERS, PRESS RELEASES

TAGS:    AMMON-BUNDY, BUNDY-RANCH, HAMMOND FAMILY, STEWART RHODES

ABOUT AUTHOR

### Stewart Rhodes

Stewart is the founder and National President of Oath Keepers. He served as a U.S. Army paratrooper until disabled in a rough terrain parachuting accident during a night jump. He is a former firearms instructor, former member of Rep. Ron Paul's DC staff, and served as a volunteer firefighter in Montana. Stewart previously wrote the monthly Enemy at the Gates column for S.W.A.T. Magazine. Stewart graduated from Yale Law School in 2004, where his paper "Solving the Puzzle of Enemy Combatant Status" won Yale's Miller prize for best paper on the Bill of Rights. He assisted teaching U.S. military history at Yale, was a Yale Research Scholar, and is writing a book on the dangers of applying the laws of war to the American people.

RELATED ARTICLES

**Defeating Drones: How To Build A Thermal Evasion Suit**

**David R. Gillie: The Test: An Independence Day Observance**

**Alert: Security Operation To Protect Miner Rights – Operation Big Sky Montana**

COMMENTS

**D. Bertrand**  1 January, 2016, 18:16

As I have told others many times....when the time comes, you will see citizens, clergy, political figures, and most law enforcement types, that kept their political feelings to themselves, but honor their oaths, will immediately come together when the SHTF as a result of cities collapsing under tyrannical law.

Meetings will be called by word of mouth, and by local communications to meet at a church, or other meeting locations. The dire situation will be discussed and leaders will be selected, followed by assignments. Note: OathKeeper's CPT program is very important and part of that future process.

Gathering intel will be the mainstay during the approaching crisis (as it is now, a very important job, as long as we have alternative media). When certain news organizations are told to cease and desist, and/or certain types are assassinated, that will be a very important clue to get ready.

Exhibit E

One small town in Montana is very prepared, but you'd never know it. It was explained to me how ("most every person") knows what's coming and they will all come together to keep the unwanted out of their town. A perimeter (24/7) will be set-up by well armed men. The women (for some) will be in that mix, but most will handle internal situations that arise.

Ironically…what will make it easier is if and when the United Nations and/or foreign troops enter the scene. There will be no reason to vet foreign troops, since U.S. military and outside law enforcement types that want to step across the line to be free…. could be infiltrators.

NOBODY wants a fight, but at a certain point, THEY will begin with outright violations that are so extreme, WE will not have a choice, because our lives will be on the line. Currently…the chipping away of rights is welcoming Sharia Law, race violence, and leading to ONLY one last traitorous move….and that is to disarm ALL Americans, leaving most Americans vulnerable to deadly encounters without any defense. Some say, you can't avoid a missile….but others say, those planes and drones have to land and take-off.

Their New World Order (marching orders) will come from the United Nations after a rogue puppet president hands-over America to the U.N., as Bill Clinton did when he turned-over 20 or so National Parks over to the U.N. The final take-over by the U.N. will be a result of governing (protecting) a certain class of people, a.k.a. refugees, of which some will (be allowed) to conduct terrorism against the American population. Both refugees and illegal aliens are somewhat protected now by the United Nations and the Catholic Church.

That's why a Mexican smuggler with less than 500 pounds of pot, crossing into Arizona, is deported (almost immediately), while your son or daughter gets a prison sentence for a lot less. In Texas…illegal alien DUI (and no license) drivers, do not receive hard time and often turned-over to the Feds, of whom answer to the United Nations and/or the Mexican Consulate !

And of course….what I just stated is referred to as being "Racist" and "Xenophobic," labels created for the specific purpose of dividing this nation, which in-turn falls in-step with "see something, say something," turn in your neighbors.

Trump does very well at countering these labels and is being demonized by the same bunch that want you, me and anyone else in a "Re-Education Camp" when the program officially begins. That's why WE can't allow THEIR bus to enter the town limits for the round-up.

"Under the United Nations Biodiversity Treaty, a precious resource—owned by American citizens for over 200 years—has been turned over to the UN's bureaucrats for control."

http://www.texemarrs.com/061997/national_parks_belong_to_un.htm

**⚫ Reply this comment**

---

**trueblume62**   1 January, 2016, 22:18

Excellent commentary D. Your sentiments mirror my own, and would be honored to "serve" with you, and others like you when TSHTF! One of the most egregious pieces of legislative FILTH perpetrated against WE THE PEOPLE is the "sanctuary cities" garbage, where the very "illegals", or "refujihadis", as I refer to them, are permitted to roam free…UNTOUCHED…right here in OUR cities, and towns! You see all the cases of these "refujihadis" committing crime, after crime against US, with many of them having been deported, and re-entering NUMEROUS times!!
I am going to a protest tomorrow, at one of the local centers, which has brought, and continues to bring more, and more of these "refujihadis" in to OUR communities!!
I guess you could say it's a New Year resolution, that I resolve to be more proactive, and do WHATEVER I can to make certain that OUR Constitution is STRICTLY adhered to, and NO-ONE… neither here, nor abroad (especially right here), has the opportunity to change that!!
Thank you, and I look forward to your reply!!

**⚫ Reply this comment**

---

**ModelstateCitizen**   4 January, 2016, 07:23

The government is violating the constitution, by extending the sentences of these men they are violating the 5th amendment of Double Jeopardy. The government has 14 days to review a judges sentencing and extend their sentences. They cannot do it after their obligation from a "victimless crime" has been fulfilled. This is government tyranny at its worst, because not only are they violating the 5th, but they are also unjustly profiting and violating articles 44 and 46 of the lieber code. If you are a BLM agent which is registered as a foreign agency, you should know that any man in the army or marines or officer of this country would be inside his rights to shoot you on sight because you are a foreign invader and an enemy to the american people. If the president supports you that is treason and he needs to be arrested immediately!

**⚫ Reply this comment**

---

**Mr. Butterworth**   4 January, 2016, 14:37

Double Jeopardy says they can't be tried a second time for the same crime. They weren't. Their sentencing was overturned. If a sentence can be overturned to commute it, it can be overturned to extend it. It's dirty pool, but neither unconstitutional nor illegal. It isn't even unprecedented. Through willful ignorance and contempt for the truth, you have chosen to deliberately mislead honest people.

Exhibit E

Reply this comment

**AdamHaaretz**  4 January, 2016, 17:58

Thank you for that clarification Mr Butterworth. It is vital that facts are argued, not misperceptions.

**Mrs. Butterworth**  5 January, 2016, 02:32

BUT you can't overturn a sentence after the defendant has served their time and has been RELEASED. After that then it does constitute Double Jeopardy!

**TheJudge**  5 January, 2016, 02:44

The Double Jeopardy Clause protects against three distinct abuses: [1] a second prosecution for the same offense after acquittal; [2] a second prosecution for the same offense after conviction; and [3] MULTIPLE PUNISHMENTS FOR THE SAME OFFENSE.

**PeaceSouljer**  2 January, 2016, 04:57

The Socialist cabal, who managed to thrust a nobody politician named Obama into the WH, are begging for an armed insurrection in the US because this will lead to Martial Law and the PERMANENT suspension of the Constitution. They want to move us towards a two caste system resembling feudal Europe of the middle ages, with the wealthy land owning Lords having the rights and power and the slave-like peasants as subjects to do their bidding. Every step we have seen since the southern states were forced to surrender by the Union marauders who raped, pillaged, plundered, and burned the South, who rose up against the ever increasing power of the Federal government, is to move us in that direction. If you believe for one moment that the Federal government is looking out for anyone's interests other than their own, then you are grossly mistaken. The Oath Keepers are building up our storehouses, armories, and our perimeter walls to defend against the 'invasion' that the feds will soon launch against law-abiding and freedom-loving citizens when they come to seize our properties (thanks to the current SCOTUS). How many of these invaders will obey the oath they took, but how many will goosestep in line with the coming Fourth Reich as it overtakes America – no Amerika. Are you and your family ready?

Reply this comment

**Nolan Teter**  4 January, 2016, 08:29

It wasn't a socialist cabal that put Obama in the White House. It was a strong majority of American voters.

Reply this comment

**Brandon Smith**  4 January, 2016, 08:45

Actually, it was corporate globalists that control our election process including which candidates from either party get to "run against" each other. Your vote does not matter.

Reply this comment

**VoterNick**  6 January, 2016, 15:28

And rampant voter fraud.

Reply this comment

**Moman**  8 January, 2016, 16:14

you apparently forgot a few things.. like the fact that black panthers made several voters do so under duress for Obama, the fact there was multiple counts of voter fraud, and even the intentional misvoting that was done by the programs in the voting machiens to make some areas give a 100% vote to him.

a 100% of the populous vote for one candidate is about as improbable as winning the lotto.

Reply this comment

Exhibit E

**Caese**  4 January, 2016, 15:11

No way you would ever be able to repel the U.S. military. It would be much like what we did to the Iraqi Army.

🔥 **Reply this comment**

**Shorty Dawkins**  4 January, 2016, 16:23

Like the Patriots fighting the British? Or like the Afghans fighting the Russians and the Americans? Or like the Finns fighting the Soviets? It is not sensible to defeat oneself before the battle is enjoined.

Shorty Dawkins

🔥 **Reply this comment**

**AdamHaaretz**  4 January, 2016, 18:09

Mr Dawkins
Please recall that the War of American Independence was nit simply Patriots vs British. We had help, most of it from France.

Open main menu

Edit
Watch this page
France in the American Revolutionary War

The British (center) surrender to French (left) and American (right) troops, at the Battle of Yorktown in 1781.

French (left) and British ships (right) at the battle of the Chesapeake off Yorktown in 1781; the outnumbered British fleet departed, leaving army no choice but to surrender
France played a key role in the American Revolutionary War (American War of Independence; 1775–1783). After the Americans captured a British army, France recognized and allied itself with them in 1778, declared war on Britain, provided money and matériel to arm the new republic, and sent an army to the United States. French intervention made a decisive contribution to the U.S. victory in the war. Motivated by a long-term rivalry with Britain and by revenge for its territorial losses during the French and Indian War, France began secretly sending supplies in 1775. Spain and the Netherlands joined France, making it a global war in which the British had no major allies. France obtained its revenge, but materially it gained little and was left with over 1 billion livres in debts that seriously weakened the government on the eve of the French Revolution.

Benjamin Franklin served as the American ambassador to France from 1776 to 1785. He met with many leading diplomats, aristocrats, intellectuals, scientists and financiers. Franklin's image and writings caught the French imagination – there were many images of him sold on the market – and he became the cultural icon of the archetypal new American, and even a hero for aspirations for a new order inside France.

In 1778 France recognized the United States of America as a sovereign nation, signed a military alliance, went to war with Britain, built coalitions with the Netherlands and Spain that kept Britain without a significant ally of its own, provided the Americans with grants, arms and loans, sent a combat army to serve under George Washington, and sent a navy that prevented the second British army from escaping from Yorktown in 1781.

In all, the French spent about 1.3 billion livres (in modern currency, approximately thirteen billion U.S. dollars) to support the Americans directly, not including the money it spent fighting Britain on land and sea outside the United States.

🔥 **Reply this comment**

**Brandon Smith**  4 January, 2016, 18:42

You seem to be forgetting that the French were constantly threatening to remove logistical support from the colonials, and almost went bankrupt. The ONLY reason they remained in support was because the revolutionaries began defeating the British in major skirmishes or fighting them to stalemate. Also, I love how the whole "French won the war for the Revolutionaries"

Exhibit E

crowd overlooks the fact that the American Revolution was also a CIVIL WAR. The pro-monarchy colonials far outnumbered the revolutionaries and fought many battles with only British officers present. Given the odds and the limited number of actual French troops on the ground, the accomplishments of the Founding Fathers were ASTOUNDING. Truly epic. This is why the French remain a footnote. Their contributions were marginal by comparison and it was the victories of the founders that kept them involved at all.

**Lysander Spooner**   5 January, 2016, 16:06

Are you Oathkeepers or Oathbreakers? This event is not even a standoff (yet) and the writer of this article is dishonest and disingenuous when they say this is all for the Hammonds. The Hammond's situation is the straw that broke the camel's back. This isn't about defending them because they cowered to violent predators instead of standing their ground. This is about ALL ranchers, farmers, business, and land owners, the backbone of America. This is about running out violent predators from their den of thieves and protecting ALL people from their predation. To pretend this is about anything other than defending your Constitutional rights is so negligent and farcical that it reeks of cowardice.

Those who show support and lend their arms to protect the innocent have the ability to prevent this ending badly and save lives. Those who cower, make excuses, and wait for another battle are not deserving of freedom, because they won't keep their oath and defend the freedom and lives of other Americans. They are Oathbreakers.

👤 **Reply this comment**

**tom**   30 January, 2016, 03:17

1000% spot on Lysander

👤 **Reply this comment**

**Russell E. Massey**   1 January, 2016, 19:53

Spoken like a true patriot and leader of men Stewart. Now is not the time for rash actions made by any serious people in the patriot movement. The domestic enemies and treasonous scoundrels who have sold their souls for power and riches in America will surely make the rash actions and like you said we must retain the high moral ground. The globalist thugs that are presently running rampant and lawless in America are growing fearful of We the People. They are over confident and their hubris will be their ultimate downfall. They will jump the shark and soon but the rope that they have been generously laying out will be of ample amount to hang them all in the end after they are given the just trial that they have no intention to give any of us.
That is the difference between these traitors and their followers and us. We live by honor and fare legal treatment for all and they do not have honor or any semblance of morel integrity. That is why they will lose and lose big. Their exodus from our shores will make any documented mass movement of people from a country appear small in comparison.
Thank you again for proving why you are our organizations president by using your sound intellect and ethical prowess not to mention the overwhelming example of leadership manliness to decide when to form up and when to stand down.
Proud to know you my friend, God Bless you and your family in the new year. No matter what happens in the coming year know that I for one will always be faithful and true to that sacred oath to the constitution that we all made and forever stand firm for what is right and good in this country no matter what the consequences.

👤 **Reply this comment**

**Liberty Shirl**   2 January, 2016, 08:55

The Hammond's were threatened to not do this just like the Bundy' were threatened.

You either stand up to all injustices or don't call yourself a leader, period.

I trust that the Oath Keepers that I know will still be in Oregon for the PEACEFUL protest!

Papers are to be filed PEACEFULLY to change jurisdiction to change this injustice. Meantime it is to make others aware of the breach and corruption by the Sheriff Ward and the BLM!

I hope I read about thousands of Oath Keepers in Burns, Oregon!

Prayers for those that have the wisdom to lead themselves.

👤 **Reply this comment**

**Martha**   2 January, 2016, 18:03

So, in the name of Freedom and the greatly good you would deny the Hammond Family to choose their own path and force your way upon them. I would say you are misguided at the very least.

👤 **Reply this comment**

Exhibit E

**BrianC**  3 January, 2016, 11:57

No one is forcing anything on the Hammonds. They are free to do as their consciences direct them. This is about an illegal action by the federal government against dozens of American families that have been persecuted horribly over many decades.

Convicting people of terrorism for putting out a wild range fire is an intolerable act.

🔥 **Reply this comment**

**Brandon Smith**  3 January, 2016, 20:47

And yet, a standoff was created in THEIR NAME when they specifically asked for that not to happen. They were used as a vehicle for political ends. To deny it is dishonest.

**LJC**  3 January, 2016, 12:51

I believe the Hammonds are whipped down emotionally and financially and have been threatened. My only wish for them now is that good folks help family maintain ranch while men are away. I feel that if there is blood shed on their behalf, they have been threatened by retaliation. I'm going to follow story closely. God bless America!

🔥 **Reply this comment**

**Dr. Clifford N. Alford**  1 January, 2016, 22:18

With guarding recruiting centers and other ongoing operations, the last thing we need is to get involved with people who don't want us.

🔥 **Reply this comment**

**Bill Hickey**  1 January, 2016, 22:22

What we have here is a failure to communicate. OK has cleared this up and rendered perfect clarity to the situation. I think there are layers to this we do not understand. Something about the Bundys... what would they have to gain by pushing this into a situation? Something about the Hammonds... what would they have to lose by allowing a confrontation? We may never know the answers but for this particular situation, the die has been cast by the Hammonds, the only ones who have the right to make the call. So... we all know the perfect storm is coming but it's not here yet. We'll know when it is, and on that day there will be universal consensus. In the meantime, hold fast to common sense, and be aware of agents provocateur from whatever side. The Master told Peter to put up his sword for a reason. Oddly, he himself physically cleaned-out the money changers. I'm thinking about Ecclesiastes, too, wherein there is a designated season for every action on earth.

🔥 **Reply this comment**

**marlene**  1 January, 2016, 22:34

The American people have had enough of this rogue criminal enterprise in Washington. It's time to impeach – or be impeached. ENOUGH IS ENOUGH.

🔥 **Reply this comment**

**~Lance**  1 January, 2016, 22:37

Someone asked me if I were going to go to Burns, Oregon to help out, and my reply was "no". One thing I've learned in life, is not to worry more about others than they worry about themselves; (including family) they didn't want our help. Another reason, although not the deciding factor, is that Harney County Oregon does not have a constitutional sheriff. I hope the people get rid of him in their next election. It's way past push-come-to-shove time folks, so make darn sure you vote in a Constitutional Sheriff in your next election..

🔥 **Reply this comment**

**Joseph Carrilho**  2 January, 2016, 22:16

I think the Hammond family may have been faced with the ultimate threat; the question "Plata o plomo?"

🔥 **Reply this comment**

**BenTher**  1 January, 2016, 22:49

Famous Quote: When you KNOW for sure that you are going to have to fight the serpent, first and foremost, BEFORE the serpent coils to strike, sever it's heads. – Author: An Unknown Man Who Lived To Fight Another Battle

🔥 **Reply this comment**

Exhibit E

**militia.us.com**  2 January, 2016, 00:23

There has been no call to action for armed confrontation from Ammon or any of the joint Militias planning to attend the rally and March. The fedcoats however cannot be trusted, Stuart, you mention provocateurs which is why we issued a travel advisory for the Burns rally. As far as Ammon's beef it is with the BLM, who unlawfully squat on over 700,000,000 acres of land in flagrant violation of the Constitution. I am sure he thought the community would rally behind the cause to evict the bastards from thier perch. This is why Ammon goes into the history of the county and the destruction caused when the federal land baron steals States property to control recousces and direct them to special interests while racketeering fees and taxes via control of the land. Ammon see's this as an opportunity to spotlight the issue of unconstitutional federal squatting on what should be State or private land. The issue is being looked at "Operation Sovereign Antiquity" seeks to account for all unconsented federal land grabs, seek either consent or denial from state legislatures, then if necesarry use the power of the 10th amendment and the right of the people, combined with the people's rights of the second ammendment to evict these fedcoat land squatters and punt them back to thier constitutional 10 mile square.

👤 **Reply this comment**

---

**Brandon Smith**  2 January, 2016, 00:46

Confronting the issue of BLM land grabbing is certainly a righteous effort, but the point remains that NO RALLY, peaceful or otherwise, can be justified without the consent of the Hammond family or the citizens of the county. If they do not want us there, we have to respect that. No exceptions. Beyond this, if you do not have the backing of the locals then you are doomed to failure before you even begin. Can you imagine if we had tried to operate in Ferguson without the consent of the local shopkeepers? This is the wrong fight at the wrong time.

👤 **Reply this comment**

---

**PatriotHammer**  3 January, 2016, 23:34

So you now take your marching orders from the Feds? All the Feds have to do to stop you from going somewhere is to threaten and intimidate the victims into saying they dont want you there, and you bend over? Really?

👤 **Reply this comment**

---

**Brandon Smith**  4 January, 2016, 02:11

In your idiocy, you have overlooked the bigger problem. Any moron can create a standoff with the feds, but there are issues of strategic advantage and moral high ground to consider. At Bundy Ranch they had the moral high ground because they were defending their home from invaders, which is why they prevailed in the public eye as well as against the Feds. In Oregon, THEY are the invaders, on a piece of land with no significance whatsoever. If I tell you that it might hurt the fed's feeling if you put your head in an oven, would you go do it?

Bundy and others could have waited for a better opportunity on more solid ground, but they are apparently so desperate for glory that they couldn't operate with a modicum of intelligence.

👤 **Reply this comment**

---

**Reader**  4 January, 2016, 15:27

The Hammonds are in a particularly difficult situation. The tears of the old gentleman are very disturbing as his incarceration well could be his death sentence.
The Hammonds cannot approve or request assistance because this is not a local control situation, it is a Federal act of tyranny and as such, the already egregious acts against the Hammonds would become more severe at Federal discretion.
I for one am not so quick to say that the love and affection demonstrated toward the Hammonds is being lost on them. I believe the Bundy effort is appreciated. If the militia personnel were on Hammond property, legal means available to the Hammond family exist to have them removed as they would be in trespass.
For about 5 or so years, it has been my observation that events precipitating martial law will be manufactured to completely subdue the people. We may well be on that path now, and the treasonous denizens inhabiting our White House and the halls of our Congress have usurped powers beyond those legitimate powers granted them, and those retained by the people.
This has become an academic study which well may result in not only armed conflict, but a shooting war.

Exhibit E

The heel of the tyrant is on the horizon and indeed is already here. The larger segment of a lazy and self-indulgent population just do not realize it.

---

**militia.us.com**  2 January, 2016, 00:25

There has been no call to action for armed confrontation from Ammon or any of the joint Militias planning to attend the rally and March. The fedcoats however cannot be trusted, Stuart, you mention provocateurs which is why we issued a travel advisory for the Burns rally. As far as Ammon's beef it is with the BLM, who unlawfully squat on over 700,000,000 acres of land in flagrant violation of the Constitution. I am sure he thought the community would rally behind the cause to evict the bastards from thier perch. This is why Ammon goes into the history of the county and the destruction caused when the federal land baron steals States property to control recouces and direct them to special interests while racketeering fees and taxes via control of the land. Ammon see's this as an opportunity to spotlight the issue of unconstitutional federal squatting on what should be State or private land. The issue is being looked at "Operation Sovereign Antiquity" seeks to account for all unconsented federal land grabs, seek either consent or denial from state legislatures, then if necesarry use the power of the 10th ammendment and the right of the people, combined with the people's rights of the second ammendment to evict these fedcoat land squatters and punt them back to thier constitutional 10 mile square.
.

🛡 Reply this comment

---

**helpful55**  2 January, 2016, 01:39

I think I understand this fully and agree, but the part maybe I am uneducated on is where it was reported that the Hammond's initially asked for help or at least had communication and then were threatened to not cooperate or communicate with people like the Oath Keepers. I definitely don't want to interfere where not welcome, but what is the story on that? Thanks.

🛡 Reply this comment

---

**B.GOOD**  2 January, 2016, 01:48

I have used this quote many times since O' has taken office, and it should be a CONSTANT REMINDER TO ALL, the state of affairs of this country today:

"IT IS NOT THE TYRANNICAL PRESIDENT I FEAR BUT THE PEOPLE WHO ELECTED HIM..."

OR, CA., WA... sad states... What'd u expect! : /

🛡 Reply this comment

---

**D. Bertrand**  2 January, 2016, 18:15

With all due respect to your comment B. Good, but an example of how (your) vote is actually counted will present its ugly face, if or when the Republican Party brokers the selection process and miraculously Jeb Bush at a 3% poll rises from the ashes. We will be right back to (thinking) we have to pick the best of the worst, when it really doesn't matter which one, Hillary or Jeb Bush receive the crown. This country will be just about finished with either puppet. They are very scared of Donald Trump...and rightly so ! A few conspirators from the 9/11 debacle might go to prison.....

🛡 Reply this comment

---

**Dave**  2 January, 2016, 03:23

The reality is that it is too late to do anything about what is happening to people in this country! What ever is behind it, it has a life of its own now! Police and government who no longer respect the constitution! The people polling 7% approval of government leaders but voting 97% of them back in! A country collectively flying rainbows in favor of LBTTQQFAGPBDSM, and having no idea what the rainbow actually represents, but you can guarantee the LBTTQQFAGPBDSM community knows, and that is why they chose it! In Gods face! Planned parenthood milling out baby parts! Open borders allowing anyone in! Terrorists are welcome! Gang bangers are welcome! Drug cartels welcome! We will do nothing to stop you! UPS flying in muslims, and terrorists, in the middle of the night, even while court orders exist to stop it! But no repercussions! We aren't going to stop it! IRS being used by the white house! IRS working against conservatives! A lamestream media that simply reads what they are told to read, and nothing more! Laughed at by comedians who point out that all across the country they are reading the same scripts as if they wrote them! No investigative news, these days! DHS has you on a watch list as suggested by the SPLC! SPLC maintaining and suggesting watchlists to the feds, even while being the most verbally violent, and extreme, of all! LEOs everywhere who would put me on an extremist list for this comment, and a country full of people who have no idea any of this is happening!

Fighting a war in oregon would be fruitless! Even if the Hammonds were begging for help, and needed it. It would be fruitless. Because most Americans would wake up and repeat what they see first on TV. "Extremists are unhinged in oregon!" And all of America takes a sharp left!

How do you fix the unfixable? Where do you begin? Protest? Vote? Write your congressman? What? You can say I gave up, or I see futility around every corner, but seriously, this isn't a presidential problem, or a congressional problem, or a governmental problem! This is a problem all accross America! Are we united? Around anything? All around the world, it's just as crazy, or crazier! Look south of the border, it's crazy! Might as

well import that crazyness here! Look at the middle east, it's crazy! Bring some of that over here too! Africa, crazy! Come to America! China, crazy! Europe, going crazy! Russia, crazy! Just about everywhere, it is crazy!

The feds, the BLM, the militia, the courts, the police, the media, the people, all prove there's something far bigger! Infinitely bigger! There really is no explanation for any of this, other than to look at the Tower of Babel! This time, God has confused our thinking! America welcomes islam, everywhere, and gives God the boot, everywhere! God, in turn, kicks us to the curb! Only God can fix it now!

🔥 Reply this comment

---

**Dave**  2 January, 2016, 03:23

The reality is that it is too late to do anything about what is happening to people in this country! What ever is behind it, it has a life of its own now! Police and government who no longer respect the constitution! The people polling 7% approval of government leaders but voting 97% of them back in! A country collectively flying rainbows in favor of LBTTQQFAGPBDSM, and having no idea what the rainbow actually represents, but you can guarantee the LBTTQQFAGPBDSM community knows, and that is why they chose it! In Gods face! Planned parenthood milling out baby parts! Open borders allowing anyone in! Terrorists are welcome! Gang bangers are welcome! Drug cartels welcome! We will do nothing to stop you! UPS flying in muslims, and terrorists, in the middle of the night, even while court orders exist to stop it! But no repercussions! We aren't going to stop it! IRS being used by the white house! IRS working against conservatives! A lamestream media that simply reads what they are told to read, and nothing more! Laughed at by comedians who point out that all across the country they are reading the same scripts as if they wrote them! No investigative news, these days! DHS has you on a watch list as suggested by the SPLC! SPLC maintaining and suggesting watchlists to the feds, even while being the most verbally violent, and extreme, of all! LEOs everywhere who would put me on an extremist list for this comment, and a country full of people who have no idea any of this is happening!

Fighting a war in oregon would be fruitless! Even if the Hammonds were begging for help, and needed it. It would be fruitless. Because most Americans would wake up and repeat what they see first on TV. "Extremists are unhinged in oregon!" And all of America takes a sharp left!

How do you fix the unfixable? Where do you begin? Protest? Vote? Write your congressman? What? You can say I gave up, or I see futility around every corner, but seriously, this isn't a presidential problem, or a congressional problem, or a governmental problem! This is a problem all accross America! Are we united? Around anything? All around the world, it's just as crazy, or crazier! Look south of the border, it's crazy! Might as well import that crazyness here! Look at the middle east, it's crazy! Bring some of that over here too! Africa, crazy! Come to America! China, crazy! Europe, going crazy! Russia, crazy! Just about everywhere, it is crazy!

The feds, the BLM, the militia, the courts, the police, the media, the people, all prove there's something far bigger! Infinitely bigger! There really is no explanation for any of this, other than to look at the Tower of Babel! This time, God has confused our thinking! America welcomes islam, everywhere, and gives God the boot, everywhere! God, in turn, kicks us to the curb! Only God can fix it now!

🔥 Reply this comment

---

**StromN1**  2 January, 2016, 04:48

There may very well come a time when we won't even talk talk to the victim and go straight at the victimizer like at someone who is causing serious harm to someone. Has that time arrived for the Oathkeepers in this case? Stewart clearly sez No and that's good enough for me.

Ammon Bundy is a very good man. I won't criticize his actions partly because I don't know all of what's going on. If it is true that he's associating with hot-heads like Jon Ritzheimer and frauds like Ryan Payne, then someone at Oathkeepers needs to set him straight or die trying.

🔥 Reply this comment

---

**B.Franklin**  2 January, 2016, 05:43

Go to http://www.freeschaeffercox.com and learn about a young patriot who was setup by federal agent provocateurs, and is currently imprisoned for 30 years re involvement with a militia. In the humble opinion, the reactivation of the Common Law Grand Jury is a positive and potentially effective means to restore liberty. Go to, http://www.nationallibertyalliance.org to learn more.
I am an OATH KEEPER, proud to be one and believe,"Eternal Vigilance is the Price of Liberty"

🔥 Reply this comment

---

**Steve**  2 January, 2016, 06:33

For pragmatic purposes ; I believe that Stuart Rhodes is correct in this case with The Oath Keepers because of their professionalism and the fact that the locals in Burns' County would prefer that they not show up which would undoubtedly put The Oath Keepers in a more awkward position in regards to future run-ins concerning the Feds or the BLM and I still believe that The Oath Keepers are key in our fight too be free and being able to restore our Second Amendment Right's back to our Founding fathers principles in regards to the Second Amendment but at the same time the BLM threatened the Hamond Family in a vicious' way like thugs . It seems that a certain group of militias are determined to show up anyways and for a satirical analogy ( If a woman got raped and she refused to press charges because the person who raped her threaten too come back in harm her ) . Would you get back into the car and just drive off knowing that she might be harmed again ? My point is that the Hamond Father & Son are being harmed a in diabolical way that's unconstitutional and sense the militias aren't leaving dose this not send a message that scare tactics are not going to work for the

Exhibit E

BLM when your dealing with the 3 % percenters and that next time the BLM might think twice before they use such diabolica scare tactics on some other rancher and who knows maybe the Hamond's might avoid any jail time because being sentence twice for the same crime is unconstitutional just because these brave Patriot's came anyways and were sharp enough to stay the course ; But at the same time I believe that it's best that The Oath Keepers should stay away from Burns' County to maintain their professionalism and their integrity !!

👤 **Reply this comment**

---

**mark**  2 January, 2016, 07:27

As the Hammond family found out is that by trying to placate the government by going to court and serving jail time just emboldened the feds to further abuse them by adding jail time. Bundy made a stand from the beginning and is a free man. We live in a country where we are free to make choices, even if they are bad choices. Let this situation stand as an example to those who will not act bravely.

👤 **Reply this comment**

---

**Granny**  3 January, 2016, 22:05

Grampa and I were saying the SAME thing! We have read of Solzhenitsyn who said that people willingly went with their jackboot captors because they believed their innocence would save them. It didn't. They were never seen or heard from again. Do the Hammonds believe that cooperating with tyranny is the best course? or did they just get a really, really bad lawyer.....

👤 **Reply this comment**

---

**Cal**  2 January, 2016, 11:36

Stewart is absolutely correct in what he says that if no assistance is asked for, none must be forced upon them.

The question I have is if the Hammonds were not only tried, convicted, and SERVED the time placed upon them for the "crime" of backburning , then HOW – under our laws – can they be retried for the SAME crime AFTER they had already served the time assigned because those that serve within the federal government were not happy with the verdict?

That fact does matter to all of us as it puts us in danger of being prosecuted and serving time for the same "crime" over and over again at the will of whomever decides they are not happy with a jury trials decision.

Where does those that serve within the federal government get the jurisdiction to require anything of the people, let alone to be retried for the SAME crime AGAIN after SERVING the sentence for that crime? My understanding from the US Constitution is that the only crimes assigned to the federal government (in writing within the Constitution) for law enforcement purposes are Treason, Piracy, Counterfeiting, and International law violations. Am I wrong?

The US Constitution gives those that serve within the federal government jurisdiction over specifically named crimes, all in writing, within the US Constitution.

Is this not a "fight" that must be held within the courts? That the US Constitution is Supreme, and where all that serve within our governments get their authority from. That authority that is delegated IS in writing, and the US Constitution is Supreme LAW here in our nation, correct? Plus it assigns exacty what those that serve within the general (federal) government have delegated authority over, right?

So where do that serve within the federal government get jurisdiction to determine what is the correct sentence for a crime committed within a state, that the sentence was already carried out and served, on STATE property that they are supposedly "managing" for the state – because there is NO LAWFUL BLM land according to the US Constitution? This was a state problem that had been already solved by the state, YET those that serve within the general government stepped in to redo the whole process again, AFTER the SENTENCE was already carried out and time served.

So is this NOT a law problem that must be attacked and fought by those in the legal profession? Can someone ask Dr. Vieira what he thinks?

👤 **Reply this comment**

---

**Tom R.**  4 January, 2016, 17:32

They weren't tried again for the same crime. The first judge sentenced them to less time than the legal minimum. The second judge overruled that sentence. When the Hammonds agreed to plead guilty, they understood that they would get the sentence they're due to report for today.

👤 **Reply this comment**

---

**Red**  5 January, 2016, 10:40

Tom R. What you have stated isn't correct. When the Hammonds agreed to accept the partial verdict from the jury, they also agreed to abide by the sentence Judge Hogan imposed. As part of the "deal" they gave up their right to appeal. They had believed the prosecution agreed to the same parameters, that the prosecution could not appeal and had to abide by judge Hogans sentence also. They knew the potential of what judge Hogan could impose, but as it turned out Judge Hogan agreed that 5 years in prison for burning sagebrush was excessive. That's why the judge stated the eight amendment as justification. You see most people who

commit "arson on federal land " are charged with the statue 18 US code 1855 timber set afire,which carries a maximum of 5 years not minimum. Only people that blow things up which start things on fire are charged under the antiterrorism law.

🔥 **Reply this comment**

---

**Highflight**   2 January, 2016, 12:39

The demonstration should be made to continue, not on behalf of the Hammond s, but for the state of our nation being corrupt in all branches of government and their agents.

ΜΟΛΩΝ ΛΑΒΕ

It is our determination to not strike the first blow, but also to not stand mute and allow our loved ones, and all that we believe in and stand for, to be trampled by men who would deprive us of our God-given – or natural, if you will – rights to suit their own ends.

🔥 **Reply this comment**

---

**Wolfmates**   2 January, 2016, 13:08

Despite being founded in 2009 Oath Keepers appears to have less than 50,000 active dues paying members. **[Two sentences deleted by Elias Alias, editor]**

OK's website is old fashioned, visually stagnant and clunky. There's a distinct lack of fresh red meat, timely news, articles, updates and transparency. We offered to develop and manage a brand new, state of the art, interactive website absolutely free. Guess what, never heard back.

We know from personal experience that member comments are censored. Sure, NSA, CIA, DHS, FBI, IRS, etc. know exactly what's going inside OK's camp; it's only the membership that's in the dark. The peanut gallery sees only the 'leadership approved party line'. **[Eight sentences deleted by Elias Alias, editor]**

🔥 **Reply this comment**

---

**Elias Alias**   2 January, 2016, 13:43

Wolfmates, if you want to waste some more of your time, feel free. To get your animosity onto this website you'll have to be more clever — at least, for so long as I'm the editor here. Yes, I censor comments, and so do some of the associate editors. I'm like the janitor — I sweep out the trash daily. Don't like me? Sorry about your luck.

Salute!
Elias Alias, editor

🔥 **Reply this comment**

---

**teller123**   2 January, 2016, 14:51

I am a member of Oath Keepers albeit only a middle aged woman with no military background. I joined because I believe in the cause so if I can do anything to support I will and do. I donate money for these people that are clearly being illegally arrested and charged and having their stuff stolen from them. I don't care who you are this is flat out wrong and if we don't do something right now we don't have a prayer in hell of fixing anything. That being said I do understand that the family has not asked for help. I have been following this story closely and it is more than crystal clear the family is not going to ask for anything because they've been beaten down, threatened, illegally charged and jailed on trumped up charges and are terrified. The whole town is scared. You can bet they are praying someone is going to try to help. I sure would be if it were me.

IMO and with nothing but respect for Mr. Rhodes I believe OK should be there right now showing support. This town is terrified and too afraid to stand for themselves let alone ask for any kind of help. It's really up to like minded people to show up for any and all of these kinds of situations where it is more than obvious the victims have been unfairly and un- Constitutionally bullied by corrupt Federal Agencies. It is very clear that is what has taken place in this case. We need to teach people to grow a backbone and learn to defend themselves. YES WE CAN do that and we can do it without armed conflicts. If OK had existed back when events like WACO/ or Ruby Ridge took place would we have stood down because no one asked for help? The Federal government slaughtered those people and knowing what we know they are capable of all I can say is we need to help all the time whether or not help is asked for. This is a rally, it's peaceful and it is imperative that the country see this right now with a stern reminder of past tragedies like the ones mentioned above here.

The end result is that all the people in that town, county and surrounding areas now know what the militia is all about up close and personal. It's a great opportunity to educate, change minds and wake people up. You can see from the earlier conversations how the people in the town were freaking out about shootouts and armed conflicts and all kinds of nonsense that is just not true with patriots. After this rally is over all those people will now know what OK and other militia groups are all about and will not be so willing to believe the lies posted on the internet. Just sayin'…. it's a good opportunity for the cause.

🔥 **Reply this comment**

---

**D. Bertrand**   2 January, 2016, 18:40

Waco and Ruby Ridge are examples of what can easily happen again. If Ruby Ridge was happening now, I think the reaction by Oath Keepers, Militias, Military Vets, Retired Law Enforcement, and other patriots would respond (invited or not) and the big wigs in Washington

Exhibit E

would react by sending in the National Guard, and all hell would break loose......but at the end of the day, I doubt that any agents would get a medal as FBI sharpshooter Lon Horiuchi did for murdering Randy's wife while holding her baby.

We also know the truth behind Waco and how 74 men and women were massacred by ATF agents using military weapons. We didn't have the internet then, but the truth has risen and it ain't pretty.

If Waco or Ruby happened again....it would be war on a major scale.

From: http://www.serendipity.li/waco.html

After the February raid by the U.S. Bureau of Alcohol, Tobacco and Firearms (BATF) of David Koresh's dissident religious community at Waco, Texas, the FBI and the U.S. Army took over, mounting a 51-day siege. This included such psyc-war tactics as sleep deprivation of the inhabitants of the community by means of all-night broadcasts of recordings of the screams of rabbits being slaughtered.

Finally, despite David Koresh's pledge to surrender upon completion of his written explanation of the meaning of the Seven Seals, the FBI and the Army attacked. At dawn on April 19, 1993, and throughout the morning, tanks rammed holes in the main building and pumped (in the FBI's words) "massive amounts" of CS gas into the building, despite knowing that inside were more than a dozen children. The tanks demolished parts of the compound and created tunnels for the wind to blow through. The buildings at this point were saturated with inflammable CS gas and spilled kerosene.

Around midday two U.S. military pyrotechnic devices were fired into the main building, igniting a fire which (because of the holes in the walls allowing the wind to gust through) spread rapidly through the complex of buildings and became an inferno. 74 men, women and children died — including twelve children younger than five years of age. Fire trucks were prevented by the FBI from approaching the inferno. After the compound had burned down the BATF flag was hoisted aloft to signify 'victory'. Subsequently the burned-out ruin was razed in an attempt to remove all evidence of this premeditated murder of innocent civilians by agents of the U.S. government. Thus occurred an atrocity which many Americans believe could never happen in their country. A look at the evidence presented in the film Waco: Rules of Engagement (and in the BBC documentary broadcast in the U.K. on November 28, 1998) shows that it did happen.

The lawyer for one of the survivors said at one of the U.S. government 'investigations' (or rather, whitewashes): In this country when people are accused of a crime they are arrested and given a trial — that's 'due process'. If found guilty of murder then maybe they are killed. We don't just kill them first — which is what happened at Waco.

👤 Reply this comment

---

**Robin**  2 January, 2016, 20:46

The problem I have with this is ... They may have the "Right" to give up if they so choose BUT in doing so they are also giving up for the rest of US and they have NOT right to do that. To allow the Double Jeopardy to take place on them is to say it is ok for ALL. That is NOT ok . This is not ok and for them to think this is about just them would selfish, for anyone to think this is ONLY about 1 family is selfish and is not clearly looking at this from all angles. They have the right to give up BUT others have the RIGHT to defend them because in their effort to defend them they will also be defending us all. This fight has several different meanings not just one. OK'S should be looking at every side, have they been worn down ? threatened ? Are they scared ? Fear that good people will get killed defending them so they may be decide to take the heat instead? In which case you should be there to tell them that is your job to worry about and that is what you are there for if it came to that. You should be taking those worries OFF there shoulders ! Are they just so tired they think it will just be over if they give up ? If so Again YOU should be there to inform them it will NOT be over it will NOT stop with them. And Last give deep consideration to the fact that it is the Government that is wanting to know just how far you WILL go to protect the PEOPLE you gave your OATH to protect, Because right now you are giving them the answer. Do you know what that answer is ? The Answer is this Oath Keeper will protect the people until the people has been worn down or scared into submission and when the people are ready to submit the Oath Keepers WILL BACK DOWN and not pose a threat at at. That dear Oath Keepers is the Intel you have just released to the Government. Congratulations for your proud and defining moment in HISTORY.

👤 Reply this comment

---

**Brandon Smith**  2 January, 2016, 21:32

That's a collectivist argument – you are essentially saying they do not have the right to make their own personal decisions about their own futures because this "might" affect the rest of us (which is unproven). This is the LIBERTY MOVEMENT, not a communist enclave. We respect the personal decisions of other people, and fight for the people that DO want our help. No exceptions. If you do not have the support of the locals, your fight is doomed to fail. If you do not fight with your head rather than your emotions or ego, you will fail. If you try to fight EVERY fight rather than the winnable fights, then you will fail. This is the strategic reality of our situation and you will never be able to rationalize it away with indignant clamoring.

👤 Reply this comment

Exhibit E

**Dummies**  3 January, 2016, 14:08

Haha, it is a Federalist argument. Read your history, the rest of the country already solved this problem in the 18th Century. What the man is saying has nothing to do with a "communist enclave," he brings up a perfectly valid point that was handled through the DEMOCRATIC PROCESS centuries ago. You people are so reactionary that you can't function. So yes, don't take your guns to town, Bill.

🔥 **Reply this comment**

**Brandon Smith**  3 January, 2016, 20:53

No, I'm afraid it is a collectivist argument, it has nothing to do with the federalists. What the above poster essentially claims is that the Hammonds should be exploited as a political vehicle because what they do "affects" the rest of us. This is ignorant nonsense. We should respect their wishes to avoid creating a standoff IN THEIR NAME. If you want a standoff, then start one where you are WANTED; it's as simple as that.

Robin's argument is no different than Marxist gun-grabber arguments that they should be allowed to exploit shooting tragedies in order to push forward their political agenda even though most of the victims never asked for that.

🔥 **Reply this comment**

**Bill Hickey**  2 January, 2016, 23:36

1/2 Saturday night... I'm getting conflicting intel in that the Hammonds do want support but are hamstrung to ask for it. This is from People on scene with a dog in the fight. Where is you dog, OK?? You want to rethink this??

🔥 **Reply this comment**

**Brandon Smith**  3 January, 2016, 04:24

By morning you will see exactly how correct the Oath Keeper position was on this supposed "peaceful protest".

🔥 **Reply this comment**

**Dave**  3 January, 2016, 07:19

I think it's going to be another black eye for oath keepers. It's no longer about the hammonds!

🔥 **Reply this comment**

**ZebBlanchard**  3 January, 2016, 08:08

The situation in Burns has reached the dangerous level. It could evolve to a Ruby Ridge, or worse, and all of that for a not so good cause.

Bundy's sons have occupied a federal building an appear to be making a stand there.

http://www.reuters.com/article/us-oregon-militia-idUSKBN0UH03R20160103

🔥 **Reply this comment**

**Randall**  3 January, 2016, 08:49

You can't force a man to be free.

🔥 **Reply this comment**

**D. Bertrand**  3 January, 2016, 09:18

Saturday 01/02/16

"Bundy and his fellow militiamen have seized the headquarters of the Malheur National Wildlife Refuge — located in a remote area some 50 miles southeast of the city of Burns — in hopes of creating a "base" where "patriots" like themselves can come, with their guns, to live and make their stand against the "tyrannical" federal government."

http://www.vox.com/2016/1/3/10703712/oregon-militia-standoff

🔥 **Reply this comment**

**Jafo**  3 January, 2016, 10:34

They have no moral authority or local support. They will fail hard if they do not disperse or

Exhibit E

surrender.

🔥 **Reply this comment**

---

**sixpack**  3 January, 2016, 22:36

With msm articles like that – no wonder people are scared.

🔥 **Reply this comment**

---

**D. Bertrand**  3 January, 2016, 09:58

If anything....there should be hundreds of witnesses to stand watch and record the militia occupation of the federal building south of Burns, OR.

Waco and Ruby Ridge could have been avoided if Patriots stood watch. That can be more effective than firing shot.

🔥 **Reply this comment**

---

**JP**  3 January, 2016, 22:50

Very well said!

🔥 **Reply this comment**

---

**I**  3 January, 2016, 10:41

The sad fact is, this entire thing is a losing fight. i saw one user here with "62" after his name. That reminded me of the difference in education and political affiliation between the young and old in this coyntry. All they have to do is wait 20 years, and the millenials will happily let them nullify the constitution in the name of global warming and "social justice".

🔥 **Reply this comment**

---

**sixpack**  3 January, 2016, 22:34

Amen to that.

🔥 **Reply this comment**

---

**Charles Mankin**  3 January, 2016, 11:50

WOW!

🔥 **Reply this comment**

---

**RNGRDon**  3 January, 2016, 14:14

This is a MUST READ to get the ENTIRE back story on what the Feds have done to the Hammonds ...

http://theconservativetreehouse.com/2016/01/03/full-story-on-whats-going-on-in-oregon-militia-take-over-malheur-national-wildlife-refuge-in-protest-to-hammond-family-persecution/#more-110497

🔥 **Reply this comment**

---

**jcd0101**  3 January, 2016, 14:33

I disagree for one reason..
If the family said (hey they were just going to finish our sentance) they no one else has the right to interfere..

I also do contend that something is very wrong in our own government when we live in fear now of their mraps, abrams tanks , and all of the weapons that we the tax payer paid for are now being used against the civilian population..

You can see each day the retoric from the communists liberals is heating up – basically demanding all whites be blamed for all of the wrongs in our society and they demand we be disarmed

But my biggest concern is i called my senator and representative and basically as soon as i started to state that i am both a veteran and a constitutionalist the person on the other end of the line chuckled and laughed and said (sure we will tell the congressman) .. All i got back was a form letter.

you see i dont have any money – so i cant pay to play – like all the rich liberals can..
So i dont mean squat to the democrats – my vote means nothing

So since the democrats and the feds have put themselves above all laws
So since the department of non-justice wont even do their jobs
So since all of congress – refuses to obey our laws and their sworn duty

why should i obey any of your laws?
YOU DONT !!!

this is a very extremely dangerous time for our nation because all of our government
is supposed to report to the people – and obviously that hasnt happened in 20 years.. or longer..

Exhibit E

Reply this comment

---

**Derek**  3 January, 2016, 14:52

The Constitution is not just about the Hammonds. I am pretty sure people had no problem only buying their tea from the East India trading company. 😌

Reply this comment

---

**waldo**  3 January, 2016, 15:21

If someone was on the ground being assaulted would you stop and ask if they wanted your help? Or would you jump in to try and stop it? Lets be clear, the two Hammonds did not ask for armed help. Why? Maybe one reason was the clear threat they would be taken immediately and put in a "less than desirable prison". Sounds like a threat to me. How about you?

From watching/listening to the video above of Stewart, I understand what he is saying. I also agree with part of it. However, if you really understand everything happening with the Hammonds from beginning to now I think you may change your opinion.

There are so many clear violations of the constitution and their individual rights that it is just plain ridiculous. I want go into them as they are available lots of places.

My question is this... At what point is enough enough? At what point do we stand up for what is right, just and lawful? When I say "us" I mean all citizens.

Reply this comment

---

> **Brandon Smith**  3 January, 2016, 21:00
>
> You are overlooking the primary issue: Is this a SMART way to enter a fight with the Feds? Does this situation give the Liberty Movement solid footing? Anyone with any strategic sense can see that the Bundy plan is ill-conceived and poorly executed. It could have been handled better.
>
> Instead of giving us a Lexington or Concord they have created a Fort Sumter, conveniently on the eve of potential gun control measures by the Obama Administration. It's a stupid plan with far reaching consequences. You have to choose the ground you will fight on wisely. They have not.
>
> Reply this comment

---

**Will**  3 January, 2016, 20:55

Right or Wrong should always be our compass. Truth and justification should always be on our side.

Reply this comment

---

**Concerned Mother**  3 January, 2016, 22:19

Ya'll can come protect my house when CPS shows up at my door to take my child away to do chemo and radiation on her that doesn't give her quality of life or even much of a chance of more quantity of life. We already tried chemo and it failed rather quickly. I'm worried they will not let us have a choice this time. There is too much money to be made off our child. I just want her to live what life God has for her without being medically raped. Do you believe in freedom enough to stand up for a family of a child with cancer?

Reply this comment

---

**sixpack**  3 January, 2016, 22:25

This Hammond situation is a preview of what is to come for the rest of the country. What I mean is, in this situation the residents are all linked to the aggressors and do not want to confront the aggressors for that reason.

Now consider the number of immigrants coming into our country. Where they came from, these things are common place. They see it as being acceptable. I have to wonder if at some point, there will not be enough people who are familiar with a taste of freedom, to resist the growing tyranny.

My fear is that THAT will be the new normal...and the rest of us might have to live with it.

Reply this comment

---

**JP**  3 January, 2016, 22:35

Wow, how can the "Oath Keepers" get this so wrong? It's not about the Hammonds.

Reply this comment

---

> **Brandon Smith**  5 January, 2016, 12:10
>
> Then why do people keep trying to appeal to emotional arguments using the Hammond name?
>
> Reply this comment

---

Exhibit E

**NeoVictorian**  4 January, 2016, 14:28

Optimally, the best outcome for them at this point is for someone outside of the government possessing some gravitas approaches them with a deal from the Oregon AG that anyone who walks out of there other than the instigators (Bundy's, etc) wont be slapped with felony charges.

Not a hardcore lawyer, but the short list is Trespassing, building was locked so Breaking and Entering, any damage adds Vandalism.. not sure on whether or not Oregon has laws on the books increasing the severity of a crime if armed while committing it.

👤 **Reply this comment**

---

**Recondo74**  4 January, 2016, 16:36

Let it go no one has drawn first blood.

👤 **Reply this comment**

---

**Joe**  4 January, 2016, 18:45

After watching the video, the Hammonds aren't getting an armed confrontation? The group of patriots are making their own stand against government corruption on government ground? Perhaps motivated my the Hammond Family situation...but I don't see it as being a Hammond Family situation. It's a situation of patriots protesting government actions. The weapons, since they haven't threatened anybody directly, are obviously for their own protection. If the purpose of the Oath keepers is to protect citizens, wouldn't a call to action we warranted in regards to protecting future rights and freedoms today? That's my viewpoint or its a question?

👤 **Reply this comment**

---

**Joker**  4 January, 2016, 21:13

Wrong leader,wrong fight,wrong time.

👤 **Reply this comment**

---

**Billy Z**  4 January, 2016, 22:17

This is beyond the Hammond Family. It's not about them alone; it's about what was done to them as citizens... as part of "We The People". This assault on the Hammonds was carried out against other families who have now been forgotten but not by all.

👤 **Reply this comment**

---

**Billy Z**  4 January, 2016, 22:44

https://youtu.be/Zl5rkosu2Ig

👤 **Reply this comment**

---

**IndieAnnaJones**  4 January, 2016, 23:25

Can anyone tell me what is being done to financially support the Hammond family while their two main breadwinners are incarcerated? I understand that there have been some volunteers who have offered to help run the ranch, but is it correct to say that since the $200K in federal fines was not paid on 12/31/15 that the ranch now must be sold? While some of your argue about the best way to start a revolution (and I have my own thoughts on the matter) the most immediate need is for liberty lovers to step in and help the family stay afloat so this doesn't absolutely destroy them forever. Where do I give?

Thank you,
Indie

👤 **Reply this comment**

---

**Smitty**  5 January, 2016, 07:23

I think that Stewart hit the nail on the head with this article. This is a discussion that needs to happen within the liberty community. I'll be called a coward for pointing out some very relevant things, but that doesn't bother me.

Look, Ryan Payne and Ammon Bundy don't represent me. I consider myself someone whom when the perfect storm of events happens will pick up a rifle and fight for my family, my home, my town, my neighbors.

However, soooo much has to happen for that scenerio to be put into place. I have a good job, a good family life, and overall, a good quality of life. You cannot just ask people to throw everything away to support this cause.

Stewart understands this "everything to lose" mentality, and in my opinion, the whole liberty community would be better served operating from this principle.

For example, many have railed against the tyranny in Boston after the Marathon Bombing. I get it. Those SWAT teams grossly overstepped their boundaries. But looking back, what good would have been served to confront them in an armed conflict? At the end of the day, other than being inconvenienced, was that scenerio worth

Exhibit E

dying over?

We need this community to lead with a moderate voice. We all understand that things are very wrong in this country. We understand that our Constitutional Republic has been usurped from within. We understand that the powers that be are slowly and incrementally attacking our God given rights, and replacing them with rights deemed by the state. We all understand that this, amongst many other things is the reason for many historic wars on our own soil.

Now, let's talk about how to avoid this "jumping off point". This entity that we face is criminal in nature, and has no conscience. They are powerful, and well funded. They've been doing this for a very long time. They can be defeated, but that process will be long and atrocious. Millions of us will die. Generations will be affected. Heck, Europe is still feeling the affects of 2 world wars on their soil. A second American Civil War would be equally or more devastating.

So, let us proceed with this frame of mind. Let's not be pushed by militaristic agitators. When the time comes, let our leaders be elders whom understand that everyone will lose everything, but that the nation as a whole cannot survive without patriotic action. From where I sit, we are far from that point. It's approaching, but we're not there yet.

Beware of those in the community who have a "fight first" mentality. They are either fools, or have nothing to lose. Either one of those people will get you killed.

👤 **Reply this comment**

---

**PJSolarz**  5 January, 2016, 11:31

Mighty long winded article that skipped over the fact that the reason the Hammonds don't support this stand-off any longer is due to duress. The Fed's have threatened them with the total loss of everything if they continue to work with the Bundy bunch. Don't forget, the Hammond family welcomed the Bundy boys and met with them over 20 times before the fed's put the squeeze on them.

👤 **Reply this comment**

---

    **Brandon Smith**  5 January, 2016, 12:14

    It's long because there is a lot of information to cover. We certainly cannot account for people's short attention spans.

    Beyond that, your argument is irrelevant to the bigger issue, which is that the Bundy response makes no sense and solves nothing for the Hammonds or anyone else. Perhaps they should have come up with a better plan.

    👤 **Reply this comment**

---

        **IndieAnnaJones**  5 January, 2016, 13:53

        Brandon, I posted above but haven't heard from anyone at Oath Keepers. Can you tell me what is being done to financially support the Hammond family while their two main breadwinners are incarcerated? I understand that there have been some volunteers who have offered to help run the ranch, but is it correct to say that since the $200K in federal fines was not paid on 12/31/15 that the ranch now must be sold? It seems the most immediate need is for liberty lovers to step in and help the family stay afloat so this doesn't absolutely destroy them forever. Where do I give?

        Thank you,
        Indie

        👤 **Reply this comment**

---

**CEEBEE**  8 January, 2016, 15:02

The Oregon siege may not fit Oathkeepers vision, may not have been the best approach, but has happened people. It's undeniable. The freedom cause is now happening. Oathkeepers has not been a positive part so far. Oathkeepers may soon be passed by. It's time to stand up peacefully for freedom while carrying arms. It's time to move on if Oathkeepers is not going to be willing to stand between opposing forces and save lives while endorsing freedoms. If Oathkeepers does not stand and stand quickly, they will become just another irrelevant membership like the NRA has become. GO IDAHO 3%'ers. GO OREGON 3%'ers. These patriots are standing. Where is Oathkeepers? Still arguing the Hammonds did not want help. Wake up the Hammonds had a gun to their head if they had accepted the help and they did not comply with the district attorney's threats. Mr Hammond Sr. would have to do hard time in prison if they had accepted the offers for assistance. Wake up folk. If Oathkeepers does not stand we have to peacefully stand with our sidearms to maintain the peace for everyone including the FEDS. We don't want anyone hurt except those possibly guilty of treason to be tried in a court of law.

👤 **Reply this comment**

---

**Paul Fishman**  14 January, 2016, 07:26

The satanic BLM has not only the purpose to destroy the cattle and the property BUT also to assassinate the whole family WITHOUT a trial or any court dispute. The government believes their ranch belongs to them and the family deserves to die without acknowledging their human rights.

Exhibit E

🔒 **Reply this comment**

## Write a Comment

👤 Your e-mail address will not be published.
Required fields are marked *

| Nickname | E-mail | Website |

Comment *

Your message..

Post a Comment

MORE ARTICLES

ARTICLE CATEGORIES

SEARCH SITE

More Articles [Select Month ▾]

Article Categories [Select Category ▾]

Search for: [search here] [Search]

© 2015 Copyright **Oath Keepers**. All Rights reserved..

Exhibit E

01/30/2016 2:59 PM FAX  5415733921    RECEIVED 02/02/2016  @0001/0007

## SILVER SPUR MOTEL
789 North Broadway • Burns, OR 97720
541-573-2077    1-800-400-2077

| | |
|---|---|
| Date In | 12-30-15 |
| Date Out | 1-2-16 |
| Rate | 53.90 |
| Room - Unit | 125 |
| | 123 |

Name _PETER SANTILLI_

Address _PO BOX 30563_

City & State _CINCINNATI, OHIO_  Zip _45230_

Phone _513-923-0717_

Car License _GNP 7080_  State _OHIO_

Make of Car _GMC_  Year _2016_

Signature _PS_

DL# _C-713-4027_  CC#

| | |
|---|---|
| ☐ CASH | ☐ DISCOVER | ☐ DINERS CLUB |
| ☒ VISA | ☐ AMEX | ☐ DIRECT BILL |
| ☒ MC | ☐ ATM DEBIT | ☐ CHECK |
| ☐ TRADE | ☐ DONATED | |

| DAYS OCCUPIED | |
|---|---|
| SUN. | |
| MON. | |
| TUES. | |
| WED. | X |
| THU. | X |
| FRI. | X |
| SAT. | |
| TOTAL DAYS | 6 |
| Total Room Charge | 294 |
| Misc. | 15- |
| Tax | 29.40 |
| AMOUNT PAID | 338.40 |

### NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.

*Thank You*

---

## SILVER SPUR MOTEL
789 North Broadway • Burns, OR 97720
541-573-2077    1-800-400-2077

| | |
|---|---|
| Date In | 1-2-16 |
| Date Out | 1-4-16 |
| Rate | 53.90 |
| Room - Unit | 123 |
| | 125 |
| $ | 53.90 |

Name _Deb Jordan_

Address _P.O. BOX 30563_

City & State _Cincinnati OH_  Zip _45230_

Phone _513-923-0717_

Car License _GNP 7080_  State

Make of Car _GMC_  Year _2016_

Signature _Deb J.R._

DL#  CC#

| | |
|---|---|
| ☐ CASH | ☐ DISCOVER | ☐ DINERS CLUB |
| ☐ VISA | ☐ AMEX | ☐ DIRECT BILL |
| ☒ MC | ☐ ATM DEBIT | ☐ CHECK |
| ☐ TRADE | ☐ DONATED | |

| DAYS OCCUPIED | |
|---|---|
| SUN. | X |
| MON. | |
| TUES. | |
| WED. | |
| THU. | |
| FRI. | |
| SAT. | X |
| TOTAL DAYS | 2 |
| Total Room Charge | 106 |
| Misc. Pet | 10- |
| Tax | 19.40 |
| AMOUNT PAID | 125.60 |

### NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.

*Thank You*

Exhibit F

# SILVER SPUR MOTEL

789 North Broadway • Burns, OR 97720
541-573-2077    1-800-400-2077

Name _PETER SMITH_

Address _ON FILE_

City & State _____ Zip _____

Phone _____

Car License _____ State _____

Make of Car _____ Year _____

Signature _____

DL# _____ CC# _____

| | | |
|---|---|---|
| ☐ CASH | ☐ DISCOVER | ☐ DINERS CLUB |
| ☐ VISA | ☐ AMEX | ☐ DIRECT BILL |
| ☒ MC | ☐ ATM DEBIT | ☐ CHECK |
| ☐ TRADE | ☐ DONATED | |

**NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED**
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.

_Thank You_

| | Room · Unit |
|---|---|
| Date In 1-5-16 | 123 |
| Date Out 1-6-16 | 125 |
| Rate 58.40 | No. In Room |
| $ 53.90 | |

| DAYS OCCUPIED | | | |
|---|---|---|---|
| SUN. | X | | |
| MON. | X | | |
| TUES. | X | | |
| WED. | | | |
| THU. | | | |
| FRI. | | | |
| SAT. | | | |
| TOTAL DAYS | | | 2 |
| Total Room Charge | | 191 | 28 |
| Misc. | | 10 | — |
| Tax | | 19 | 62 |
| | | | |
| AMOUNT PAID | | 225 | 90 |

---

# SILVER SPUR MOTEL

789 North Broadway • Burns, OR 97720
541-573-2077    1-800-400-2077

Name _PETE SMITH_

Address _ON FILE_

City & State _____ Zip _____

Phone _____

Car License _____ State _____

Make of Car _____ Year _____

Signature _____

DL# _____ CC# _____

| | | |
|---|---|---|
| ☐ CASH | ☐ DISCOVER | ☐ DINERS CLUB |
| ☒ VISA | ☐ AMEX | ☐ DIRECT BILL |
| ☐ MC | ☐ ATM DEBIT | ☐ CHECK |
| ☐ TRADE | ☐ DONATED | |

**NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED**
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.

_Thank You_

| | Room · Unit |
|---|---|
| Date In 1-6-15 | 123 |
| Date Out 1-8-15 | 125 |
| Rate 58.90 | No. In Room |
| $ 53.90 | |

| DAYS OCCUPIED | | | |
|---|---|---|---|
| SUN. | | | |
| MON. | | | |
| TUES. | | | |
| WED. | X | | |
| THU. | X | | |
| FRI. | | | |
| SAT. | | | |
| TOTAL DAYS | | | 2 |
| Total Room Charge | | 196 | — |
| Misc. | | 13 | — |
| Tax | | 19 | 60 |
| | | | |
| AMOUNT PAID | | 228 | 60 |

Exhibit F

01/30/2016 2:59 PM FAX  5415733921                                    ☑0003/0007

## SILVER SPUR MOTEL
789 North Broadway • Burns, OR 97720
541-573-2077   1-800-400-2077

Name _PETER SANTILLI_

Address ____ON FILE____

City & State _____ Zip _____

Phone _____

Car License _____ State _____

Make of Car _____ Year _____

Signature _____

DL# _____ CC# _____

☐ CASH      ☐ DISCOVER   ☐ DINERS CLUB
☒ VISA      ☐ AMEX       ☐ DIRECT BILL
☒ MC        ☐ ATM DEBIT  ☐ CHECK
☐ TRADE     ☐ DONATED

NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.

*Thank You*

| | | |
|---|---|---|
| Date In | 1-8-16 | Room - Unit 123 |
| Date Out | 1-10-16 | 125 |
| Rate | 58.90 | No. in Room |
| $ | 53.90 | DAYS OCCUPIED |
| SUN. | | |
| MON. | | |
| TUES, | | |
| WED. | | |
| THU. | | |
| FRI. | X | |
| SAT. | X | |
| TOTAL DAYS | | 2 |
| Total Room Charge | 196 | — |
| Misc. | 10 | — |
| Tax | 19 | 60 |
| AMOUNT PAID | 225 | 60 |

## SILVER SPUR MOTEL
789 North Broadway • Burns, OR 97720
541-573-2077   1-800-400-2077

Name _Pete Santilli_

Address _____

City & State _____ Zip _____

Phone _____

Car License _____ State _____

Make of Car _____ Year _____

Signature _____

DL# _____ CC# _____

☐ CASH      ☐ DISCOVER   ☐ DINERS CLUB
☐ VISA      ☐ AMEX       ☐ DIRECT BILL
☐ MC        ☐ ATM DEBIT  ☐ CHECK
☐ TRADE     ☐ DONATED

NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.

*Thank You*

| | | |
|---|---|---|
| Date In | 1-10-16 | Room - Unit 123 |
| Date Out | 1-12-16 | 125 |
| Rate | 58.90 | No. in Room |
| $ | 53.90 | DAYS OCCUPIED |
| SUN. | X | |
| MON. | X | |
| TUES. | | |
| WED. | | |
| THU. | | |
| FRI. | | |
| SAT. | | |
| TOTAL DAYS | | 2 |
| Total Room Charge | 196 | — |
| Misc. | 10 | — |
| Tax | 19 | 60 |
| AMOUNT PAID | 225 | 60 |

Exhibit F

01/30/2016 2:59 PM FAX  5415733921                                        ☐0004/0007

## SILVER SPUR MOTEL
789 North Broadway • Burns, OR 97720
541-573-2077   1-800-400-2077                    Pd
                                                 1-13-12

Name  Pete Santilli

Address

City & State _____ Zip

Phone

Car License _____ State

Make of Car _____ Year

Signature

DL# _____ CC# _____

| ☐ CASH | ☐ DISCOVER | ☐ DINERS CLUB |
| ☐ VISA | ☐ AMEX | ☐ DIRECT BILL |
| ☐ MC | ☐ ATM DEBIT | ☐ CHECK |
| ☐ TRADE | ☐ DONATED | |

**NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED**
*This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.*

*Thank You*

| | | Room - Unit |
|---|---|---|
| Date In | 1-12-16 | 123 |
| Date Out | 1-15-16 | 125 |
| Rate | 58.90 | No. In Room |
| $ | 53.90 | |
| DAYS OCCUPIED | | |
| SUN. | | |
| MON. | | |
| TUES. | X | |
| WED. | X | |
| THU. | X | |
| FRI. | | |
| SAT. | | |
| TOTAL DAYS | | 3 |
| Total Room Charge | 294 | — |
| Misc. | 15 | |
| Tax | 29 | 40 |
| AMOUNT PAID | 338 | 40 |

---

Pd $ 16-12

## SILVER SPUR MOTEL  Pete
789 North Broadway • Burns, OR 97720
541-573-2077   1-800-400-2077          →514.00

Name  Pete Santilli      Susan Sm 50.00

Address          Pd 1-13-16 7      564.00

City & State _____ Zip

Phone

Car License _____ State

Make of Car _____ Year

Signature

DL# _____ CC# _____

| ☐ CASH | ☐ DISCOVER | ☐ DINERS CLUB |
| ☐ VISA | ☐ AMEX | ☐ DIRECT BILL |
| ☐ MC | ☐ ATM DEBIT | ☐ CHECK |
| ☐ TRADE | ☐ DONATED | |

$50 Pd by
Susan J Smith

**NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED**
*This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.*

*Thank You*

| | | Room - Unit |
|---|---|---|
| Date In | 1-15-16 | 123 |
| Date Out | 1-20-16 | 125 |
| Rate | 58.90 | No. In Room |
| $ | 53.90 | |
| DAYS OCCUPIED | | |
| SUN. | | X |
| MON. | | X |
| TUES. | | X |
| WED. | | |
| THU. | | |
| FRI. | X | |
| SAT. | X | |
| TOTAL DAYS | | 5 |
| Total Room Charge | 490 | |
| Misc. | 24 | — |
| Tax | 49 | 00 |
| AMOUNT PAID | 504 | — |

Exhibit F

01/30/2016 2:59 PM FAX   5415733921                                          ⌐0005/0007

**SILVER SPUR MOTEL**
789 North Broadway · Burns, OR 97720
541-573-2077   1-800-400-2077

| | |
|---|---|
| Date In | 1-20-16 |
| Date Out | 1-22-16 |
| Room - Unit | 123 |
| Rate | $ 58.90 |

Name Pete Santilli - Pd by
Address Kathy of Steelers Nation  Pd 1-18-16
City & State _____ Zip _____
Phone _____
Car License _____ State _____
Make of Car _____ Year _____
Signature _____
DL# _____ CC# _____

☐ CASH  ☐ DISCOVER  ☐ DINERS CLUB
☒ VISA  ☐ AMEX  ☐ DIRECT BILL
☐ MC  ☐ ATM DEBIT  ☐ CHECK
☐ TRADE  ☐ DONATED

**NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED**
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.
*Thank You*

| DAYS OCCUPIED | |
|---|---|
| SUN. | |
| MON. | |
| TUES. | |
| WED. | X |
| THU. | X |
| FRI. | |
| SAT. | |
| TOTAL DAYS | 2 |
| Total Room Charge | 98 — |
| Misc. Pets | 10 — |
| Tax | 9 80 |
| AMOUNT PAID | 117 80 |

---

**SILVER SPUR MOTEL**
789 North Broadway · Burns, OR 97720
541-573-2077   1-800-400-2077

| | |
|---|---|
| Date In | 1-20-16 |
| Date Out | 1-22-16 |
| Room - Unit | 125 |
| Rate | $ 53.90 |

Name Pete Santilli (Kenny's room)
Address Pd by Nancy Lee
City & State Oregon Coast 123 Zip yahoo.com
Phone _____
Car License _____ State _____
Make of Car _____ Year _____
Signature _____
DL# _____ CC# _____

☐ CASH  ☐ DISCOVER  ☐ DINERS CLUB
☒ VISA  ☐ AMEX  ☐ DIRECT BILL
☐ MC  ☐ ATM DEBIT  ☐ CHECK
☐ TRADE  ☐ DONATED

**NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED**
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.
*Thank You*

| DAYS OCCUPIED | |
|---|---|
| SUN. | |
| MON. | |
| TUES. | |
| WED. | X |
| THU. | X |
| FRI. | |
| SAT. | |
| TOTAL DAYS | 2 |
| Total Room Charge | 98 — |
| Misc. | |
| Tax | 9 80 |
| AMOUNT PAID | 107 80 |

Exhibit F

01/30/2016 2:59 PM FAX 5415733921                                                 ☑0006/0007

**SILVER SPUR MOTEL**
789 North Broadway • Burns, OR 97720
541-573-2077   1-800-400-2077

| | |
|---|---|
| Date In | 1-22-16 |
| Room - Unit | 123 125 |
| Date Out | 1-23-16 |
| Rate | 58.90 53.90 |
| No. in Room | |

Name  Pete Santilli - Pd by

Address  Nancy Lee

City & State  oregonCoast123@yahoo.com

Phone

Car License _____ State

Make of Car _____ Year

Signature

DL# _____ CC# _____

DAYS OCCUPIED

| | | | |
|---|---|---|---|
| SUN. | | | |
| MON. | | | |
| TUES. | | | |
| WED. | | | |
| THU. | | | |
| FRI. | ✗ | | |
| SAT. | | | |

☐ CASH          ☐ DISCOVER     ☐ DINERS CLUB
☒ VISA          ☐ AMEX         ☐ DIRECT BILL
☐ MC            ☐ ATM DEBIT    ☐ CHECK
☐ TRADE         ☐ DONATED

| | |
|---|---|
| TOTAL DAYS | 1 |
| Total Room Charge | 98 — |
| Misc. Pet | 5 — |
| Tax | 9 80 |
| AMOUNT PAID | 112 80 |

**NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED**
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.

*Thank You*

---

**SILVER SPUR MOTEL** Pd
789 North Broadway • Burns, OR 97720
541-573-2077   1-800-400-2077   1-26-16

| | |
|---|---|
| Date In | 1-23-16 |
| Room - Unit | 123 125 |
| Date Out | 1-28-16 |
| Rate | 53.90 58.90 |
| No. in Room | |

Name  Pete Santilli

Address  Brian Wallace Pd $98

City & State  reduced charges  Zip

Phone  To amount on receipt

Car License _____ State

Make of Car _____ Year

Signature

DL# _____ CC# _____

DAYS OCCUPIED

| | | | |
|---|---|---|---|
| SUN. | ✗ | | |
| MON. | ✗ | | |
| TUES. | ✗ | | |
| WED. | ✗ | | |
| THU. | | | |
| FRI. | | | |
| SAT. | ✗ | | |

☐ CASH          ☐ DISCOVER     ☐ DINERS CLUB
☐ VISA          ☐ AMEX         ☐ DIRECT BILL
☒ MC            ☐ ATM DEBIT    ☐ CHECK
☐ TRADE         ☐ DONATED

| | |
|---|---|
| TOTAL DAYS | 5 |
| Total Room Charge | 410 — |
| Misc. | 15 — |
| Tax | 41 — |
| AMOUNT PAID | 466 — |

**NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED**
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.

*Thank You*

Exhibit F

# SILVER SPUR MOTEL

789 North Broadway • Burns, OR 97720
541-573-2077    1-800-400-2077

Name: Deb Jordan

Address: 1915 Mears Ave

City & State: Cincinatti Ohio  Zip: 45230

Phone: 513-978-1936

Car License _____ State _____

Make of Car _____ Year _____

Signature _____

DL# _____ CC# _____

☐ CASH      ☐ DISCOVER    ☐ DINERS CLUB
☐ VISA      ☐ AMEX        ☐ DIRECT BILL
☐ MC        ☐ ATM DEBIT   ☐ CHECK
☐ TRADE     ☐ DONATED

**NOTICE TO GUESTS - ADVANCE PAYMENT REQUESTED**
This property is privately owned and the management will not be responsible for vandalism, accidents, or injury to guests or for loss of money, jewelry or valuables of any kind.

*Thank You*

| | | | |
|---|---|---|---|
| Date In 1-28-16 | | Room - Unit 123 | |
| Date Out 1-30-16 | | 125 | |
| Rate $ 53.90 | | No. In Room | |
| **DAYS OCCUPIED** | | | |
| SUN. | | | |
| MON. | | | |
| TUES. | | | |
| WED. | | | |
| THU. | X | | |
| FRI. | X | | |
| SAT. | | | |
| TOTAL DAYS | | | 2 |
| Total Room Charge | | 96 | |
| Misc. | | | |
| Tax | | 19 | b |
| AMOUNT PAID | | | |

Exhibit F