Thomas K. Coan, OSB #89173
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR  97204
(503) 221-8736

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 3:16-mj-00004 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT PETER SANTILLI'S** |
|  | ) | **MOTION TO WITHDRAW MEMO** |
| **PETER SANTILLI,** | ) | **IN SUPPORT OF REVIEW OF** |
| Defendants. | ) | **DETENTION** |
| | ) | |

Defendant Peter Santilli, through his attorney Thomas K. Coan, moves the Court for an order withdrawing his Memorandum in Support of Motion to Revoke Detention Order (Docket #45) and allow him to file an amended memorandum for the reason that the original brief inadvertently includes personal identifying information.

DATED this 2nd day of February 2014.

*Thomas K. Coan*
Thomas K. Coan, OSB 89173
Attorney for Defendant

Page 1 – MOTION TO WITHDRAW MEMORANDUM IN SUPPORT OF REVIEW OF DETENTION ORDER