**LISSA CASEY**, OSB #086541
**MICHAEL ARNOLD**, OSB #011873
lissa@arnoldlawfirm.com
mike@arnoldlawfirm.com
Arnold Law
401 East 10th Ave. Ste 400
Eugene, OR 97401
Ph: 541-338-9111
Attorneys for Ammon Bundy

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>AMMON BUNDY *et al*,<br><br>　　　　　Defendant. | Case No.: 3:16-mj-00004-1<br><br>**AMMON BUNDY'S MOTION TO WITHDRAW MOTION TO REVOKE PRETRIAL DETENTION ORDER WITH LEAVE TO RENEW** |

Ammon Bundy, through counsel, moves to withdraw his motion for review of pretrial detention without prejudice with leave to renew and to resubmit at a later time.

Mr. Bundy requests this in order to gather further evidence of his statements and actions encouraging a peaceful protest and civil disobedience.

DATED this 2nd day of February 2016.

　　　　　　　　　　　　　　　　　/s/ Michael Arnold
　　　　　　　　　　　　　　　　　Lissa Casey, OSB #086541
　　　　　　　　　　　　　　　　　Michael Arnold, OSB #011873
　　　　　　　　　　　　　　　　　Attorneys for the Defendant
　　　　　　　　　　　　　　　　　mike@arnoldlawfirm.com
　　　　　　　　　　　　　　　　　lissa@arnoldlawfirm.com

PAGE 1 — MOTION TO WITHDRAW MOTION TO REVOKE PRETRIAL DETENTION ORDER